

51 RITCHIE ROAD • CAPITOL HEIGHTS, MARYLAND 20743

TELEPHONE: 301-350-4200
FAX: 301-336-0944

August 17, 2004

**SENT VIA FACSIMILE
and CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Coakley & Williams Construction, Inc.
16 South Summit Avenue, Suite 300
Gaithersburg, Maryland 20877

and

**SENT VIA FACSIMILE
and CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**
American Home Assurance Company
80 Pine Street
New York, New York 10005
ATTN: Bond Claims Department
Bond No. 9000-0045

   RE: Contract No. N62477-00-C-0077
      Principle: **Coakley & Williams Construction, Inc.**
      Project: **8th & I Marine Barracks, Washington, DC**

   Subj: **Payment Bond Claim - - $ 997,228**

Gentlemen:

  United Sheet Metal, Inc. ("USM") is a subcontractor to PBM Limbach Group – Mechanical ("Limbach") who is performing the mechanical work on the above-referenced project. Pursuant to the payment bond that Coakley issued for the project (copy attached), USM herewith claims payment in the amount of $997,228, for unpaid work performed and unpaid labor, materials and services provided to the project (see attached Requisition). This notice is being provided within 90 days of the last work performed by USM on the project.

Coakley & Williams Construction, Inc.
American Home Assurance Company
August 17, 2004
Page 2

Please promptly process payment of these unpaid sums.

Sincerely,

UNITED SHEET METAL, INC.

Larry Smith,
President

Enclosures

cc:   Roger C. Jones, Esquire (w/encs.)

# LIMBACH COMPANY
## SUBCONTRACTORS REQUISITION FOR PAYMENT
SEE REVERSE SIDE FOR DIRECTIONS

NAME & ADDRESS OF SUBCONTRACTOR

United Sheet Metal, Inc.
51 Ritchie Road
Capitol Heights, MD 20743

DATE: August 17, 2004
REQUISITION FOR PAYMENT NO.: 24
LIMBACH SUBCONTRACT NO.: 13033
USM JOB #3900

| | | |
|---|---|---|
| ORIGINAL SUBCONTRACT AMOUNT | $ | $651,000.00 |
| AMENDMENTS TO SUBCONTRACT | $ | $234,974.00 |
| TOTAL AUTHORIZED SUBCONTRACT AMT. | $ | $885,974.00 |

JOB NAME: 8th & I Marine Barracks
LOCATION: Washington, DC
TYPE OF WORK: Sheet Metal

VALUE OF WORK COMPLETED BY SUBCONTRACTOR
AS PER DETAIL ON REVERSE SIDE HEREOF:

| | SINCE LAST REPORT | TOTAL TO DATE |
|---|---|---|
| FROM: 07/26/04 TO: 08/25/04 | $ $0.00 | $ $885,974.00 |
| LESS RETAINED PERCENTAGE 0% | $ $0.00 | $ $0.00 |
| NET AMOUNT THIS REQUISITION | $ $0.00 | $ $885,974.00 |
| LESS PAYMENTS TO DATE | $ $730,148.80 | |
| LESS BACK CHARGES | $ $0.00 | $ $0.00 |
| TOTAL PAYMENTS AND BACK CHARGES TO DATE | $0.00 | $ $730,148.80 |
| AMOUNT REQUESTED THIS REQUISITION | $ $0.00 | $ $155,825.20 |

NET VALUE OF UNAPPROVED CHANGE ORDERS: $ $997,228.00

Subcontractor covenants that it will receive the payment paid pursuant to this Requisition and will hold such payment as a trust fund to be applied first to paying the claims of subcontracotrs, laborers, and materialmen arising out of the performance of the Subcontract, before using any part of the total for any other purpose. Subcontractor further waives and releases leins, or right of lien it has to the extent of the payment received.

To induce the making of the payment hereby requested, the Subcontractor represents that all claims of its subcontractors and suppliers, for which it has received payment from the Contractor, have been paid together with all taxes applicable thereto, except for the following:

| CLAIMANT | NATURE OF CLAIM | AMOUNT |
|---|---|---|
| | | |

Subcontractor: UNITED SHEET METAL, INC.
By: [signature]   08/17/04
AUTHORIZED SIGNATORY   TITLE   DATE

For LIMBACH COMPANY use only

Payment authorized by: _____

Insurance Signed    up-to-date   Yes No
                    Contract     Yes No

PROJECT ENGINEER   DATE

Accounting Signature   Date

OPERATING DEPT. MANAGER   DATE

Voucher #   Invoice #

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE 1 OF 3 PAGES

TO: Limbach, LLC
10110 Senate Drive
Lanham, MD 20706

PROJECT: 8th & I Marine Barracks

APPLICATION NO: 24
APPLICATION DATE: August 17, 2004

Distribution to:
___ OWNER
___ ARCHITECT
___ CONTRACTOR

FROM: United Shet Metal, Inc
51 Ritchie Road
Capitol Heights, MD 20743

VIA (ARCHITECT):

ARCHITECT'S PROJECT NO:

CONTRACT FOR: Sheet Metal

USM Job # 3900    PMB/Limbach Job #13033    CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AI Document G703, is attached.

1. ORIGINAL CONTRACT SUM..................................................$651,000.00
2. Net change by Change Orders............................................$234,974.00
3. CONTRACT SUM TO DATE (Line 1+2)....................................$885,974.00
4. TOTAL COMPLETED & STORED TO DATE..............................$885,974.00
   (Column G on G703)
5. RETAINAGE:
   a. ___ % of Completed Work         $0.00
      (Column D + E on G703)
   b.  0  % of Stored Material          $0
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703)..............................................$0.00
6. TOTAL EARNED LESS RETAINAGE......................................$885,974.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS PAYMENTS.................................................$730,148.80
8. CURRENT PAYMENT DUE.....................................................$155,825.20
9. NET VALUE UNAPPROVED CHANGE ORDERS.........................$997,228.00
10. GRAND TOTAL..................................................................$1,153,053.20
11. BALANCE TO FINISH, PLUS RETAINAGE................................$0.00

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in vious months by Owner | | |
| TOTAL | | |
| Approved this Month | | |
| Number  Date Approved | | |
| See Attached Schedule | | |
| TOTALS | | |

Net change by Change Orders

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

'TRACTOR: United Sheet Metal, Inc.
51 Ritchie Road
Capitol Heights, MD 20743

By: [signature] David Mark    Date: August 18, 2004
Tracey Martin

State of: Maryland    County of: Prince Georges

Subscribed and sworn to before me this 18th day of August, 2004
Notary Public: JO ANN TAYMAN
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires: MY COMMISSION EXPIRES APRIL 29, 2009 [signature] Jo Ann Tayman

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED.................................................$
(Attach explanation if amount certified differs from the amount applied for.)

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief, the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

ARCHITECT:
By:                                           Date:
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702  APPLICATION AND CERTIFICATE FOR PAYMENT  MAY 1983 EDITION  AIA  1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, NW, WASHINGTON, DC 20006

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where available retainage for line items may apply.

AIA DOCUMENT G703   (Instructions on reverse side)   PAGE 1 OF 1 PAGES

APPLICATION NUMBER: 24
APPLICATION DATE: 08/17/04
PERIOD TO: 08/25/04
PROJECT NAME: 8th & I Marine Barracks
USM JOB # 3900   LIMBACH JOB #13033

| A ITEM | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | ORIGINAL CONTRACT | | | | | | | | |
| 1 | Dwg M-1 Lower Level Cols A-J - Fabricated Material | 60,140 | 60,140 | 0 | 0 | 60,140 | 100 | 0 | |
| 2 | Dwg M-1 Lower Level Cols A-J - Installed Material | 44,500 | 44,500 | 0 | 0 | 44,500 | 100 | 0 | |
| 3 | Dwg M-2 Lower Level Cols J-P - Fabricated Material | 59,000 | 59,000 | 0 | 0 | 59,000 | 100 | 0 | |
| 4 | Dwg M-2 Lower Level Cols J-P - Installed Material | 38,500 | 38,500 | 0 | 0 | 38,500 | 100 | 0 | |
| 5 | Dwg M-3 Ground Floor BEQ - Fabricated Material | 23,000 | 23,000 | 0 | 0 | 23,000 | 100 | 0 | |
| 6 | Dwg M-3 Ground Floor BEQ - Installed Material | 18,900 | 18,900 | 0 | 0 | 18,900 | 100 | 0 | |
| 7 | Dwg M-4 Ground Floor Cols K-P - Fabricated Material | 33,500 | 33,500 | 0 | 0 | 33,500 | 100 | 0 | |
| 8 | Dwg M-4 Ground Floor Cols K-P - Installed Material | 22,500 | 22,500 | 0 | 0 | 22,500 | 100 | 0 | |
| 9 | Dwg M-5 2nd Floor BEQ - Fabricated Material | 23,000 | 23,000 | 0 | 0 | 23,000 | 100 | 0 | |
| 10 | Dwg M-5 2nd Floor BEQ - Installed Material | 18,900 | 18,900 | 0 | 0 | 18,900 | 100 | 0 | |
| 11 | Dwg M-5 3rd Floor BEQ - Fabricated Material | 23,000 | 23,000 | 0 | 0 | 23,000 | 100 | 0 | |
| 12 | Dwg M-5 3rd Floor BEQ - Installed Material | 18,900 | 18,900 | 0 | 0 | 18,900 | 100 | 0 | |
| 13 | Dwg M-4 4th Floor BEQ - Fabricated Material | 23,000 | 23,000 | 0 | 0 | 23,000 | 100 | 0 | |
| 14 | Dwg M-5 4th Floor BEQ - Installed Material | 18,900 | 18,900 | 0 | 0 | 18,900 | 100 | 0 | |
| 15 | Dwg M-6 2nd Floor Cols K-P - Fabricated Material | 69,000 | 69,000 | 0 | 0 | 69,000 | 100 | 0 | |
| 16 | Dwg M-6 2nd Floor Cols K-P - Installed Material | 47,000 | 47,000 | 0 | 0 | 47,000 | 100 | 0 | |
| 17 | Submittals | 10,000 | 10,000 | 0 | 0 | 10,000 | 100 | 0 | |
| 18 | Mobilization | 15,000 | 15,000 | 0 | 0 | 15,000 | 100 | 0 | |
| 19 | Sketching & Coordination | 40,000 | 40,000 | 0 | 0 | 40,000 | 100 | 0 | |
| 20 | Set Equipment | 15,000 | 15,000 | 0 | 0 | 15,000 | 100 | 0 | |
| 21 | Flues | 12,260 | 12,260 | 0 | 0 | 12,260 | 100 | 0 | |
| 22 | Air Outlets | 17,000 | 17,000 | 0 | 0 | 17,000 | 100 | 0 | |
| | TOTAL | $651,000 | $651,000 | $0 | $0 | $651,000 | | $0 | |
| | APPROVED CHANGE ORDERS | | | | | | | | |
| 1 | Limbach PCO #9 | 903 | 903 | 0 | 0 | 903 | 100 | 0 | |
| 2 | PBM PCO #9 | 109,470 | 109,470 | 0 | 0 | 109,470 | 100 | 0 | |
| 3 | T&M Insulation | 22,550 | 22,550 | 0 | 0 | 22,550 | 100 | 0 | |
| 4 | Limbach PCO #21 | 17,181 | 17,181 | 0 | 0 | 17,181 | 100 | 0 | |
| 6 | Limbach PCO #22 | 477 | 477 | 0 | 0 | 477 | 100 | 0 | |
| 7 | Limbach PCO #23 | 700 | 700 | 0 | 0 | 700 | 100 | 0 | |
| 8 | Option "C" | 15,972 | 15,972 | 0 | 0 | 15,972 | 100 | 0 | |
| 9 | Option "E" | 14,199 | 14,199 | 0 | 0 | 14,199 | 100 | 0 | |
| 10 | Replace Access Door | 107 | 107 | 0 | 0 | 107 | 100 | 0 | |
| 11 | Aluminum Shower Exhaust | 13,936 | 13,936 | 0 | 0 | 13,936 | 100 | 0 | |

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where available retainage for line items may apply.

AIA DOCUMENT G703    (Instructions on reverse side)    PAGE 1 OF 1 PAGES

APPLICATION NUMBER: 24
APPLICATION DATE: 08/17/04
PERIOD TO: 08/25/04
PROJECT NAME: 8th & I Marine Barracks
USM JOB # 3900    LIMBACH JOB #13033

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G-C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| 13 | Modify Duct @ BEQ Shaft | 3,000 | 3,000 | 0 | 0 | 3,000 | 100 | | |
| 14 | PCO #15 | 16,909 | 16,909 | 0 | 0 | 16,909 | 100 | | |
| 19 | Redo SM-LL-5 Ductwork | 19,570 | 19,570 | 0 | 0 | 19,570 | 100 | | |
| | TOTAL | $234,974 | $234,974 | $0 | $0 | $234,974 | | $0 | |
| | UNAPPROVED CHANGE ORDERS | | | | | | | | |
| 5 | Limbach Extra #2 | 567 | 567 | 0 | 0 | 567 | 100 | | |
| 12 | Mock-up Duct | 49,410 | 49,410 | 0 | 0 | 49,410 | 100 | | |
| 15 | Duct Testing | 0 | 0 | 0 | 0 | 0 | 100 | | |
| 16 | Roof Claim | 0 | 0 | 0 | 0 | 0 | 100 | | |
| 17 | Time/Impact Claim | 788,451 | 486,405 | 302,046 | 0 | 788,451 | 100 | | |
| 18 | WEDGCI SKM-1 Dated 1/30/04 | 12,576 | 12,576 | 0 | 0 | 12,576 | 100 | | |
| 20 | Revision #1 | 29,784 | 29,784 | 0 | 0 | 29,784 | 100 | | |
| 21 | PCO #18 | 4,793 | 4,793 | 0 | 0 | 4,793 | 100 | | |
| 22 | Limbach PCO #19 | 1,144 | 1,144 | 0 | 0 | 1,144 | 100 | | |
| 23 | Dining Hall Corridor Air | 1,979 | 1,979 | 0 | 0 | 1,979 | 100 | | |
| 24 | Limbach PCO #20 | 408 | 408 | 0 | 0 | 408 | 100 | | |
| 25 | TBD 4th Fl FCU Duct | 0 | 0 | 0 | 0 | 0 | 100 | | |
| 26 | SKM-1 Dated 4/21/04 | 10,085 | 10,085 | 0 | 0 | 10,085 | 100 | | |
| 27 | SKM-1/4 Dated 4/20/04 | 4,256 | 4,256 | 0 | 0 | 4,256 | 100 | | |
| 28 | Revise Dryer Vent | 43,208 | 43,208 | 0 | 0 | 43,208 | 100 | | |
| 29 | PCO #45 | 36,729 | 36,729 | 0 | 0 | 36,729 | 100 | | |
| 30 | PCO #46 | 3,774 | 3,774 | 0 | 0 | 3,774 | 100 | | |
| 31 | Limbach CO #44 | 6,350 | 6,350 | 0 | 0 | 6,350 | 100 | | |
| 32 | | 3,714 | 0 | 3,714 | 0 | 3,714 | 100 | | |
| | TOTAL | $997,228 | $691,468 | $305,760 | $0 | $997,228 | | $0 | |
| | GRAND TOTAL | $1,883,202 | $1,577,442 | $305,760 | $0 | $1,883,202 | | $0 | $0.00 |

AIA DOCUMENT G703 APPLICATION AND CERTIFICATE FOR PAYMENT MAY 1983 EDITION AIA 1983

**Receipt 1 (left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name): Ed Conde
C. Date of Delivery: AUG 31 2004
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
American Home Assurance Co.
80 Pine Street
New York, NY 10005
Attn: Bond Claims Dept.
Bond No. 9000-0045

390 - Claim File

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**Receipt 2 (right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name): [illegible] Mason
C. Date of Delivery: 08/19/04
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[Postmark: MAIN OFFICE AUG 19 2004 USPS]

1. Article Addressed to:
Coakley & Williams Construction
16 South Summit Ave., Suite 300
Gaithersburg, MD 20877

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 2149 0127

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**Certified Mail Receipt:**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
GAITHERSBURG MD 20877

| | | |
|---|---|---|
| Postage | $ | $1.06 |
| Certified Fee | | $2.30 |
| Return Reciept Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.11 |

0791 27 Postmark Here
08/18/2004

Sent To: Coakley & Williams Construction
Street, Apt. No.; or PO Box No.: 16 South Summit Ave., Suite 300
City, State, ZIP+4: Gaithersburg, MD 20877

7003 1680 0001 2149 0127

PS Form 3800, June 2002    See Reverse for Instructions