UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC.<br>51 Ritchie Road<br>Capitol Heights, Maryland 20743 | *<br><br>*<br><br>* |
| Plaintiff, | * |
| v. | *   Case No.<br>    JUDGE: |
| COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br>16 South Summit Avenue<br>Suite 300<br>Gaithersburg, Maryland 20877 | *<br><br>*<br><br>* |
| SERVE:<br>   HIQ Corporations Services, Inc.<br>   1030 15th Street, NW, Suite 920<br>   Washington, DC  20005 | *<br><br>*<br><br>* |
| and | |
| AMERICAN HOME<br>ASSURANCE COMPANY<br>80 Pine Street<br>New York, New York 10005 | *<br>*<br><br>* |
| SERVE:<br>   Insurance Commissioner<br>   810 1st Street, N.E., Suite 701<br>   Washington, D.C.  20002 | *<br><br>*<br><br>* |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Plaintiff, United Sheet Metal, Inc., certify that to the best of my knowledge and belief, Plaintiff is not an affiliate or parent of any corporation, and

no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

                                  Respectfully submitted,

                                  **HUDDLES & JONES, P.C.**

BY: _____
Scott C. Hofer, Esquire #MD27198
5457 Twin Knolls Road
Overlook Center, Suite 304
Columbia, Maryland 21045
301-621-4120

Counsel for Plaintiff,
United Sheet Metal, Inc.

Date: 6/17/05