AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-22-05 1:45pm |
| NAME OF SERVER (PRINT) FRANK BEVACQUA | TITLE PPS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1030 15th ST NE WASH D.C. 20005
To Teresa Cross - HIQ Corp    TERESA CROSS - HIQ Corp

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-22-05 1:45pm        /s/ Frank Bev
              Date                   Signature of Server

Bond's Sure Serve
P.O. Box 1196
Cockeysville, MD 21030

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.