UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>  Plaintiff,<br><br>v.<br><br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>  Defendant. | Case No.: 1:05CV01199<br>Judge: Reggie B. Walton |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Having considered the Consent Motion for Extension of Time to File Responsive Pleadings filed by the parties and for good cause shown, it is

**ORDERED** that the motion should be and is hereby granted; and it is further

**ORDERED** that the time for Defendants Coakley & Williams Construction, Inc. and American Home Assurance to file responsive pleadings to the Complaint in the above-captioned matter should be and is hereby extended to September 15, 2005.

Dated: _____

_____
Judge
United States District Court for the
District of Columbia

**Copies to:**

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: ssantiago@wickwire.com
*Counsel for Coakley & Williams & American Home Assurance*


Scott C. Hofer (D.C. No. 483744)
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: hofer@hjpc.com
*Counsel for United Sheet Metal*

G:\CLIENTS\03\030559\009\Consent Time Extension Order.doc