UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>    Defendants. | Case No.: 1:05CV01199<br>Judge: Reggie B. Walton |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Plaintiff, the United States of America for the use and benefit of United Sheet Metal, Inc. and Defendants Coakley & Williams Construction, Inc. ("Coakley & Williams") and American Home Assurance Company ("American Home") (collectively referred to as the "Defendants") hereby submit this second consent motion for an extension of time for Defendants to file responsive pleadings; and in support thereof state as follows:

    1.    Coakley & Williams was served with the Complaint on July 25, 2005; a response to which would otherwise be due on or before August 15, 2005.

    2.    The parties have previously agreed on an extension of time until September 15, 2005 in which Defendants were to file responsive pleadings.

1

3. The parties have continued to explore options for the expeditious and cost-effective resolution of this dispute.

4. In order to facilitate a settlement of this matter, the parties desire additional time in which to negotiate a resolution.

5. Accordingly, the parties have agreed to extend the time in which Coakley & Williams and American Home's responsive pleadings are due from September 15, 2005 to October 17, 2005. A proposed order accompanies this motion.

Dated: September 14, 2005

Respectfully Submitted,

_____/s/_____
Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: ssantiago@wickwire.com
*Counsel for Coakley & Williams &
American Home Assurance*

_____/s/_____
Scott C. Hofer (D.C. No. 483744)
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: hofer@hjpc.com
*Counsel for United Sheet Metal*

G:\CLIENTS\03\030559\009\Second Consent Time Extension Motion.doc