UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>for the use and benefit of )<br>UNITED SHEET METAL, INC. )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>  )<br>COAKLEY & WILLIAMS )<br>CONSTRUCTION, INC. )<br>  )<br>and )<br>  )<br>AMERICAN HOME ASSURANCE CO. )<br>  )<br>   Defendant. )<br>_____) | Case No.:  1:05CV01199<br>Judge:  Reggie B. Walton |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Having considered the Second Consent Motion for Extension of Time to File Responsive Pleadings filed by the parties and for good cause shown, it is

**ORDERED** that the motion should be and is hereby granted; and it is further

**ORDERED** that the time for Defendants Coakley & Williams Construction, Inc. and American Home Assurance to file responsive pleadings to the Complaint in the above-captioned matter should be and is hereby extended to October 17, 2005.

Dated: _____           _____
                                                                    Judge
                                                                    United States District Court for the
                                                                    District of Columbia

1

**Copies to:**

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: ssantiago@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*


Scott C. Hofer (D.C. No. 483744)
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: hofer@hjpc.com
*Counsel for United Sheet Metal*

G:\CLIENTS\03\030559\009\Second Consent Time Extension Order.doc