UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>      Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>      Defendants. | *<br>*<br>*<br>*<br>*<br>*   Case No. 1:05cv01199<br>    JUDGE: Reggie B. Walton<br>*<br>*<br>* |

* * * * * * * * * * * *

**AGREED MOTION FOR ADMISSION "PRO HAC VICE"**

Plaintiff, United Sheet Metal, Inc. ("USM"), by counsel, files its Agreed Motion for Admission "Pro Hac Vice", requesting admission of attorney Nicole Lefcourt Campbell of the law firm of Huddles Jones Sorteberg & Dachille, P.C., and in support hereof states:

1. USM has expressly requested that Nicole Lefcourt Campbell of the law firm of Huddles Jones Sorteberg & Dachille, P.C., be admitted to represent its interests in the above-captioned cause of action.

• Attorney Nicole Lefcourt Campbell is duly admitted to practice law before the United States District Court for the District of Maryland.

2. Scott C. Hofer of the law firm of Huddles Jones Sorteberg & Dachille, P.C., shall continue to serve as co-counsel of record and shall be jointly responsible for all pleadings, motions and other papers filed on behalf of United Sheet Metal, Inc.

3. Owen J. Shean of the law firm of Wickwire Gavin, P.C., has no objection to the admission Pro Hac Vice of attorney Nicole Lefcourt Campbell.

WHEREFORE, Plaintiff, United Sheet Metal, Inc., prays that the Court grant the admission "Pro Hac Vice" of attorney Nicole Lefcourt Campbell of the law firm of Huddles Jones Sorteberg & Dachille, P.C. to practice before this Court in the above-captioned cause of action and for all other just and proper relief.

                                Respectfully submitted,

                                **United Sheet Metal, Inc.**

BY:      /s/ Scott C. Hofer
        Scott C. Hofer, Bar No. 483744
        **Huddles Jones Sorteberg & Dachille, P.C.**
        Overlook Center, Suite 304
        5457 Twin Knolls Road
        Columbia, Maryland 21045
        410-720-0072

        Counsel for Plaintiff
        United Sheet Metal, Inc.

**AGREED TO:**

BY:    /s/ Owen J. Shean
    Owen J. Shean, Esquire
    Wickwire Gavin, P.C.
    8100 Boone Boulevard
    Suite 700
    Vienna, VA 22182
    (703) 790-8750 (Telephone)
    (703) 448-1767 (Facsimile

## RULE 12-I CERTIFICATION

Plaintiff United Sheet Metal, Inc. ("USM"), by undersigned counsel, hereby submits this Rule 12-I Certification. Scott C. Hofer, Esquire, counsel for USM contacted Owen Shean, counsel for Defendants Coakley & Williams Construction, Inc. and American Home Assurance Company and prior to filing the instant motion regarding USM's proposed Agreed Motion for Admission "Pro Hac Vice." Mr. Shean stated that his clients had no objection to the relief sought in the motion and consented to the motion being presented as "Agreed."

Respectfully submitted,

**HUDDLES & JONES, P.C.**

BY:      /s/ Scott C. Hofer
Scott C. Hofer, Esquire #MD27198
5457 Twin Knolls Road
Overlook Center, Suite 304
Columbia, Maryland 21045
301-621-4120

Counsel for Plaintiff,
United Sheet Metal, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this __20th__ day of September, 2005, a copy of the foregoing Agreed Motion For Admission "Pro Hac Vice" was mailed, postage prepaid, to:

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA  22182

_____/s/ Scott C. Hofer_____
Scott C. Hofer