UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*  Case No. 1:05cv01199<br>　　JUDGE: Reggie B. Walton<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF ATTORNEY NICOLE LEFCOURT CAMPBELL

I, Nicole Lefcourt Campbell, having been first duly sworn according to law, submits the following Affidavit in support of the Motion for Admission:

1. I am admitted to the Bar in the State of Maryland.

2. I desire to appear *Pro Hac Vice* in connection with the above-captioned cause of action on behalf of Plaintiff, United Sheet Metal, Inc.

3. I am an attorney with the law firm of Huddles Jones Sorteberg & Dachille, P.C., Suite 304, Overlook Center, 5457 Twin Knolls Road, Columbia, Maryland 21045.

- I am currently licensed, in good standing, and admitted to practice before the United States District Court for the District of Maryland.

4. I am not under suspension or subject to other disciplinary action with regard to my practice, and no investigation of my conduct is currently pending.

5. I am competent to practice before this Court and of good personal and professional character.

2

6. I agree to subject myself to the jurisdiction of this Court in any matter arising out of my conduct within these proceedings. I further agree to be bound by the Code of Professional Responsibility applicable to attorneys practicing in this Court.

7. Further Affiant sayeth naught.

*[signature]*
Nicole Lefcourt Campbell
Huddles Jones Sorteberg & Dachille, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
Telephone: 301-621-4120
Facsimile: 301-621-4473

STATE OF MARYLAND )
)ss:
COUNTY OF HOWARD )

    Before me, the undersigned, a Notary Public in and for said County of Howard, State of Maryland, personally appeared Nicole Lefcourt Campbell and he being first duly sworn by me upon his oath, says that the facts alleged in the foregoing instrument are true.

    Signed and sealed this 20th day of September, 2005.

County of Residence: Carroll
Commission Expires: 12/1/08

Notary Public Signature

Carol M Remy
Notary Public Printed

3