UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01199<br>JUDGE: Reggie B. Walton |
| COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY AND WITHDRAWAL OF APPEARANCE

Plaintiff, United Sheet Metal, Inc. ("USM"), by and through its undersigned counsel, hereby requests this Honorable Court to enter the appearances of Kenneth K. Sorteberg, Esquire and John H. Michel, Esquire, of the law firm of Huddles Jones Sorteberg & Dachille, P.C. in the above-referenced matter.

Scott C. Hofer, Esquire, formerly of the law firm of Huddles Jones Sorteberg & Dachille, P.C., hereby withdrawals as counsel in the above-referenced matter.

Respectfully submitted,

Scott C. Hofer (Fed. Bar # MD27198)
3602 St. John's Place
Upper Marlboro, MD 20774
(301) 322-3339

Kenneth K. Sorteberg (Fed. Bar # 11995)
John H. Michel (Fed. Bar # 27201)
HUDDLES JONES SORTEBERG
 & DACHILLE, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
(301) 621-4120 (Phone)
(301) 621-4473 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2005, a copy of the foregoing Entry and Withdrawal of Appearance was mailed, postage prepaid, to:

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA 22182

*[signature]*