UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                              *
For the use and benefit of
UNITED SHEET METAL, INC.                   *

      Plaintiff,                          *

v.                                         *   Case No. 1:05cv01199
                                               JUDGE: Reggie B. Walton
COAKLEY & WILLIAMS                         *
CONSTRUCTION, INC., et al.
                                           *
      Defendants.
*   *   *   *   *   *   *   *   *   *   *   *

## AGREED MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, United Sheet Metal, Inc. ("USM"), by counsel, files its Agreed Motion for Admission "Pro Hac Vice", requesting admission of attorney Nicole Lefcourt Campbell of the law firm of Huddles Jones Sorteberg & Dachille, P.C., and in support hereof states:

1. USM has expressly requested that Nicole Lefcourt Campbell of the law firm of Huddles Jones Sorteberg & Dachille, P.C., Overlook Center, Suite 304, 5457 Twin Knolls Road, Columbia, Maryland 21045, (301) 621-4120 (Telephone), be admitted to represent its interests in the above-captioned cause of action. Huddles Jones Sorteberg & Dachille, P.C. does not have an office in the District of Columbia.

2. Attorney Nicole Lefcourt Campbell is duly admitted to practice law before the Court of Appeals of Maryland and the United States District Court for the District of Maryland.

3. Within the last two years Attorney Nicole Lefcourt Campbell has not been admitted to practice pro hac vice in this Court.

4. Attorney Nicole Lefcourt Campbell does not practice law in an office located in the District of Columbia.

5. Nicole Lefcourt Campbell has not been disciplined by any bar.

6. Kenneth K. Sorteberg of the law firm of Huddles Jones Sorteberg & Dachille, P.C., who is a member in good standing of the Bar of the United States District Court for the District of Columbia, shall continue to serve as co-counsel of record and shall be jointly responsible for all pleadings, motions and other papers filed on behalf of United Sheet Metal, Inc.

7. Owen J. Shean of the law firm of Wickwire Gavin, P.C., has no objection to the admission Pro Hac Vice of attorney Nicole Lefcourt Campbell.

WHEREFORE, Plaintiff, United Sheet Metal, Inc., prays that the Court grant the admission "Pro Hac Vice" of attorney Nicole Lefcourt Campbell of the law firm of Huddles Jones Sorteberg & Dachille, P.C. to practice before this Court in the above-captioned cause of action.

Respectfully submitted,

**United Sheet Metal, Inc.**

BY: ___/s/ Kenneth K. Sorteberg___
Kenneth K. Sorteberg, Bar No. 449817
**Huddles Jones Sorteberg & Dachille, P.C.**
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
410-720-0072

Counsel for Plaintiff
United Sheet Metal, Inc.

AGREED TO:

BY: \_\_\_\_\_/s/ Owen J. Shean_____
    Owen J. Shean, Esquire
    Wickwire Gavin, P.C.
    8100 Boone Boulevard
    Suite 700
    Vienna, VA 22182
    (703) 790-8750 (Telephone)
    (703) 448-1767 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2005, a copy of the foregoing Agreed Motion For Admission "Pro Hac Vice" was mailed, postage prepaid, to:

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA  22182


/s/ Kenneth K. Sorteberg
Kenneth K. Sorteberg