UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01199<br>JUDGE: Reggie B. Walton |
| COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING ADMISSION "PRO HAC VICE"

Plaintiff, United Sheet Metal, Inc., having filed its Agreed Motion for Admission "Pro Hac Vice" of Roger C. Jones of the law firm of HUDDLES JONES SORTEBERG & DACHILLE, P.C., which Motion is in the following words and figures, to-wit:

### MOTION FOR ADMISSION "PRO HAC VICE"

And the Court, being duly advised of the premises, now finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Agreed Motion for Admission "Pro Hac Vice" be, and it is hereby granted, and attorney Roger C. Jones, of the law firm of HUDDLES JONES SORTEBERG & DACHILLE, P.C. is granted the privilege of appearing on behalf of Plaintiff, United Sheet Metal, Inc. in this action.

ALL OF WHICH IS ORDERED THIS ____ DAY OF _____, 2005

_____
JUDGE
Superior Court of the District of Columbia

**Distribution to:**

Kenneth K. Sorteberg, Esquire
Roger C. Jones, Esquire
Nicole Lefcourt Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA 22182