UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>Defendants. | *<br>*<br>*<br>*<br>*  Case No. 1:05cv01199<br>   JUDGE: Reggie B. Walton<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

## AGREED MOTION FOR ADMISSION "PRO HAC VICE"

Plaintiff, United Sheet Metal, Inc. ("USM"), by counsel, files its Agreed Motion for Admission "Pro Hac Vice", requesting admission of attorney Roger C. Jones of the law firm of Huddles Jones Sorteberg & Dachille, P.C., and in support hereof states:

1. USM has expressly requested that Roger C. Jones of the law firm of Huddles Jones Sorteberg & Dachille, P.C., Overlook Center, Suite 304, 5457 Twin Knolls Road, Columbia, Maryland 21045, (301) 621-4120 (Telephone), be admitted to represent its interests in the above-captioned cause of action. Huddles Jones Sorteberg & Dachille, P.C. does not have an office in the District of Columbia.

2. Attorney Roger C. Jones is admitted to practice before the following courts:

- Supreme Court of Virginia (Bar Number 25256)
- United States District Court for the Eastern District of Virginia
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the Federal Circuit

- United States Court of Federal Claims

3. Attorney Roger C. Jones does not practice law in an office located in the District of Columbia.

4. Roger C. Jones has not been disciplined by any bar.

5. Within the last two years, Attorney Roger C. Jones has been admitted to practice pro hac vice in this Court one time in the case entitled *Stromberg Metal Works, Inc. v. Washington Gas Energy Systems, Inc.*, Case No. 1:04-cv-1936.

6. Kenneth K. Sorteberg of the law firm of Huddles Jones Sorteberg & Dachille, P.C., who is a member in good standing of the Bar of the United States District Court for the District of Columbia, shall continue to serve as co-counsel of record and shall be jointly responsible for all pleadings, motions and other papers filed on behalf of United Sheet Metal, Inc.

7. Owen J. Shean of the law firm of Wickwire Gavin, P.C., has no objection to the admission Pro Hac Vice of attorney Roger C. Jones.

WHEREFORE, Plaintiff, United Sheet Metal, Inc., prays that the Court grant the admission "Pro Hac Vice" of attorney Roger C. Jones of the law firm of Huddles Jones Sorteberg & Dachille, P.C. to practice before this Court in the above-captioned cause of action.

Respectfully submitted,
**United Sheet Metal, Inc.**

BY:  /s/ Kenneth K. Sorteberg
Kenneth K. Sorteberg, Bar No. 449817
**Huddles Jones Sorteberg & Dachille, P.C.**
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
410-720-0072
Counsel for Plaintiff
United Sheet Metal, Inc.

**AGREED TO:**

BY: ____/s/ Owen J. Shean_____
    Owen J. Shean, Esquire
    Wickwire Gavin, P.C.
    8100 Boone Boulevard
    Suite 700
    Vienna, VA  22182
    (703) 790-8750 (Telephone)
    (703) 448-1767 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2005, a copy of the foregoing Agreed Motion For Admission "Pro Hac Vice" was mailed, postage prepaid, to:

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA  22182

/s/ Kenneth K. Sorteberg
Kenneth K. Sorteberg