UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>      Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>      Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    Case No. 1:05cv01199<br>     JUDGE: Reggie B. Walton |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF ATTORNEY ROGER C. JONES

I, Roger C. Jones, having been first duly sworn according to law, submits the following Affidavit in support of the Motion for Admission:

1. I desire to appear *Pro Hac Vice* in connection with the above-captioned cause of action on behalf of Plaintiff, United Sheet Metal, Inc.

2. I am an attorney with the law firm of Huddles Jones Sorteberg & Dachille, P.C., Suite 304, Overlook Center, 5457 Twin Knolls Road, Columbia, Maryland 21045, (301) 621-4120.

3. I am admitted to practice before the following courts:

- Supreme Court of Virginia (Bar Number 25256)
- United States District Court for the Eastern District of Virginia
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the Federal Circuit
- United States Court of Federal Claims

4. I hereby certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted to practice pro hac vice in this Court.

6. I do not practice law in an office located in the District of Columbia.

7. I am competent to practice before this Court and of good personal and professional character.

8. I agree to subject myself to the jurisdiction of this Court in any matter arising out of my conduct within these proceedings. I further agree to be bound by the Code of Professional Responsibility applicable to attorneys practicing before this Court.

9. Further Affiant sayeth naught.

_____
Roger C. Jones
Huddles Jones Sorteberg & Dachille, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
Telephone: 301-621-4120
Facsimile: 301-621-4473

2

STATE OF MARYLAND    )
                     )ss:
COUNTY OF HOWARD     )

Before me, the undersigned, a Notary Public in and for said County of Howard, State of Maryland, personally appeared Roger C. Jones and he being first duly sworn by me upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 7th day of October, 2005.

County of Residence: Carroll
Commission Expires: 12/1/08

Notary Public Signature

Carol M. Remy
Notary Public Printed

3