UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of UNITED SHEET METAL, INC.<br><br>Plaintiff,<br><br>v.<br><br><br>COAKLEY & WILLIAMS CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>Defendant. | Case No.: 1:05CV01199<br>Judge: Reggie B. Walton |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Having considered the Second Consent Motion for Extension of Time to File Responsive Pleadings filed by the parties and for good cause shown, it is

**ORDERED** that the motion should be and is hereby granted; and it is further

**ORDERED** that the time for Defendants Coakley & Williams Construction, Inc. and American Home Assurance to file responsive pleadings to the Complaint in the above-captioned matter should be and is hereby extended to November 16, 2005.

Dated: _____          _____
                                       Judge
                                       United States District Court for the
                                       District of Columbia

1

Copies to:

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: ssantiago@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*


Scott C. Hofer (D.C. No. 483744)
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: hofer@hjpc.com
*Counsel for United Sheet Metal*

G:\CLIENTS\03\030559\009\Second Consent Time Extension Order.doc