UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES<br>For the use and benefit of<br>UNITED SHEET METAL, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01199<br>JUDGE: Reggie B. Walton |
| COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al. | *<br>* | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CHANGE OF ADDRESS NOTICE

Effective October 24, 2005, the address for counsel for Plaintiff, United Sheet Metal, Inc. will be: 10211 Wincopin Circle, Suite 200, Columbia, Maryland 21044.

Please note the new firm name for counsel for Plaintiff: Huddles, Jones, Sorteberg & Dachille, P.C. All telephone and facsimile numbers remain the same.

Respectfully submitted,

_/s/_

Kenneth K. Sorteberg (Fed. Bar # 11995)
John H. Michel (Fed. Bar # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
 & DACHILLE, P.C.
10211 Wincopin Circle
Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Phone)
(301) 621-4473 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2005, a copy of the foregoing Change of Address Notice was mailed, postage prepaid, to:

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA  22182