**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**for the use and benefit of**<br>**UNITED SHEET METAL, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COAKLEY & WILLIAMS**<br>**CONSTRUCTION, INC.**<br><br>**and**<br><br>**AMERICAN HOME ASSURANCE CO.**<br><br>**Defendants.** | **Case No.: 1:05CV01199**<br>**Judge: Reggie B. Walton** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew J. DeVries, D.C. Bar No. 479880, of Wickwire Gavin, P.C., 8100 Boone Blvd. Suite 700, Vienna, Virginia, 22182, enters his appearance as co-counsel for Defendants Coakley & Williams Construction, Inc. ("Coakley & Williams") and American Home Assurance Company ("American Home"), in the above referenced action.

Dated: November 15, 2005

//

//

//

//

//

Respectfully Submitted,

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
***Counsel for Coakley & Williams & American Home Assurance***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was mailed on this 15th day of November, 2005 to:

Kenneth K. Sorteberg
John H. Michel
HUDDLES JONES SORTEBERG & DACHILLE, P.C.
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
***Counsel for United Sheet Metal***

Matthew J. DeVries