**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **for the use and benefit of** | ) | |
| **UNITED SHEET METAL, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1:05CV01199** |
| **v.** | ) | **Judge:  Reggie B. Walton** |
| | ) | |
| | ) | |
| | ) | |
| **COAKLEY & WILLIAMS** | ) | |
| **CONSTRUCTION, INC.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **AMERICAN HOME ASSURANCE CO.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**FOURTH CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

Plaintiff, the United States of America for the use and benefit of United Sheet Metal, Inc.

and Defendants Coakley & Williams Construction, Inc. ("Coakley & Williams") and American

Home Assurance Company ("American Home") (collectively referred to as the "Defendants")

hereby submit this fourth consent motion for an extension of time for Defendants to file

responsive pleadings; and in support thereof state as follows:

1.      Coakley & Williams was served with the Complaint on July 25, 2005; a response

to which would otherwise be due on or before August 15, 2005.

2.      The parties have previously agreed on three extensions of time until November

16, 2005 in which Defendants were to file responsive pleadings.

1

3.      The parties have continued to explore options for the expeditious and cost-effective resolution of this dispute.

4.      In order to facilitate a settlement of this matter, the parties desire additional time in which to negotiate a resolution.

5.      Accordingly, the parties have agreed to extend the time in which Coakley & Williams and American Home's responsive pleadings are due from November 16, 2005 to December 30, 2005.  A proposed order accompanies this motion.

Dated:  November 15, 2005

Respectfully Submitted,

_____/s/_____
Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*

_____/s/_____
Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
   & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*

2