UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>    Defendants. | Case No.:  1:05CV01199<br>Judge:  Reggie B. Walton<br><br>ORAL HEARING REQUESTED |

**DEFENDANTS' MOTION TO DISMISS**
**<u>COUNT II OF COMPLAINT</u>**

    Defendants Coakley & Williams Construction, Inc. and American Home Assurance Company hereby move this Court to dismiss Count II of the Complaint filed by Plaintiff United States of America for the use and benefit for United Sheet Metal, Inc. ("USM") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a cause of action upon which relief can be granted. A memorandum in support accompanies this motion. Defendants have filed simultaneously with this motion their Motion to Stay Proceedings pending resolution of the dispute between Plaintiff United Sheet Metal and non-parties Limbach Company LLC, United States Fidelity & Guaranty Company and American Manufacturers Insurance Company.

    **DATED:** December 30, 2005.

Respectfully Submitted,


_____/s/_____
Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com

*Counsel for Coakley & Williams &
American Home Assurance*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss was mailed on this 30th day of December, 2005 to:


Kenneth K. Sorteberg
John H. Michel
HUDDLES JONES SORTEBERG
   & DACHILLE, P.C.
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
***Counsel for United Sheet Metal***


_____/s/_____
Matthew J. DeVries