UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>    Defendant. | Case No.:  1:05CV01199<br>Judge:  Reggie B. Walton |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO DISMISS COUNT II**

Having considered the Defendants' Motion to Dismiss Count II (Quasi-Contract) of the Complaint filed by Plaintiff, and after reviewing the pleadings and arguments of both parties, and for good cause shown, it is

**ORDERED** that the motion should be and is hereby granted; and it is further

**ORDERED** that Count II of the Complaint is hereby **DISMISSED WITH PREJUDICE**.

Dated: _____           _____
                                         Judge
                                         United States District Court for the
                                         District of Columbia

1

**Copies to:**

**Copies to:**

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*


Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
  & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*