UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>    Defendants. | Case No.: 1:05CV01199<br>Judge: Reggie B. Walton<br><br>ORAL HEARING REQUESTED |

## DEFENDANTS' MOTION TO STAY

Defendants Coakley & Williams Construction, Inc. and American Home Assurance Company hereby move this Court to stay these proceedings pending resolution of Plaintiff's state party action against Limbach Company, LLC and its sureties. The underlying dispute between Plaintiff, Limbach and Limbach's sureties—which determines the liability of the Defendants in the present Miller Bond action—is the subject of a lawsuit pending in the D.C. Superior Court entitled *United Sheet Metal, Inc. v. EFS XI, Inc. (d/b/a PBM Limbach Group, PBM Limbach Group-Mechanical and Limbach Company), Limbach Company LLC, et al.*, Case No. 0004942-4. A memorandum in support accompanies this motion.

**DATED:** December 30, 2005.

//

//

Respectfully Submitted,

_____/s/_____
Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com

*Counsel for Coakley & Williams &
American Home Assurance*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Stay was mailed on this 30th day of December, 2005 to:

Kenneth K. Sorteberg
John H. Michel
HUDDLES JONES SORTEBERG
   & DACHILLE, P.C.
5457 Twin Knolls Road
Columbia, Maryland 21045
Tel: (301) 621-4120
Fax: (301) 621-4473
***Counsel for United Sheet Metal***

_____/s/_____
Matthew J. DeVries