UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>UNITED SHEET METAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC.<br><br>and<br><br>AMERICAN HOME ASSURANCE CO.<br><br>    Defendant. | Case No.:  1:05CV01199<br>Judge:  Reggie B. Walton |

### [PROPOSED] ORDER GRANTING
### DEFENDANTS' MOTION TO STAY PROCEEDINGS

Having considered the Motion to Stay Proceedings filed by the Defendants Coakley & Williams and American Home, and after reviewing the pleadings and arguments of both parties, and for good cause shown, it is

**ORDERED** that the motion should be and is hereby granted; and it is further

**ORDERED** that this action is hereby temporarily stayed and held in abeyance pending resolution of the lawsuit styled *United Sheet Metal, Inc. v. EFS XI, Inc. (d/b/a PBM Limbach Group, PBM Limbach Group-Mechanical and Limbach Company), Limbach Company LLC, et al.*, D.C. Superior Court Case No. 0004942-4 (filed June 29, 2004).

1

Dated: _____          _____
                                        Judge
                                        United States District Court for the
                                        District of Columbia

**Copies to:**

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*


Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
   & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*