# ATTACHMENT 2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| UNITED SHEET METAL, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: 004942-04 |
| | | Calendar #10 |
| EFS XI INC., et al. | * | Judge Patricia A. Broderick |
| | | Deadline for Discovery |
| | * | Completion 6/30/05 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER EXTENDING PRE-TRIAL DEADLINES BY CONSENT

UPON the foregoing Second Consent Motion to Extend Remaining Pretrial Deadlines, the same having been read and considered, it is by the Superior Court for the District of Columbia on this 6th day of June, 2005,

ORDERED, that the Second Consent Motion to Extend Remaining Pretrial Deadlines is hereby GRANTED; and it is

FURTHER ORDERED that the deadlines set forth in the Scheduling Order are hereby revised as follows:

| | |
|---|---|
| Close of discovery | 08/30/05 |
| Deadline for filing dispositive motions | 09/15/05 |
| Dispositive motions decided | 10/19/05 |
| ADR Period | 11/01/05 to 12/01/05 |
| Pretrial | To be scheduled at a later date on or after 1/31/06 |

_Patricia A. Broderick_
JUDGE, Superior Court for the District of Columbia

Signed in Chambers

11/15/2005 09:41 3016214473 PAGE 12
Case 1:05-cv-01199-RBW   Document 20-8   Filed 12/30/2005   Page 3 of 3
Case 1:05-cv-01199-RBW   Document 24-5   Filed 12/30/2005   Page 3 of 3

FEB 18 2005

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED SHEET METAL, INC. | * |
| Plaintiff | * |
| v. | * Civil Court Action No: 004942-04 |
| | * Calendar #10 |
| EFS XI INC., et al. | * Judge ~~James E. Boasberg~~ B RODERICK |
| | Deadline for Discovery Completion 2/1/05 |
| Defendants | * |

* * * * * * * * * * *

ORDER *Extending pretrial deadlines*

UPON the foregoing Consent Motion to Extend Remaining Pretrial Deadlines, the same having been read and considered, it is by the Superior Court for the District of Columbia on this _14th_ day of _February_, 2005,

ORDERED, that the Consent Motion to Extend Remaining Pretrial Deadlines is hereby GRANTED; and it is

FURTHER ORDERED that the deadlines set forth in the Scheduling Order are hereby revised as follows:

| | |
|---|---|
| Close of discovery | 06/30/05 |
| Deadline for filing dispositive motions | 07/15/05 |
| Dispositive motions decided | 08/19/05 |
| ADR Period | 09/01/05 to 10/01/05 |
| Pretrial | To be scheduled at a later date on or after 11/30/05 |

Patricia A. Broderick
JUDGE, Superior Court for the District of Columbia

DOCKETED FEB 17 2005
Signed in Chambers FEB 17 2005
MAILED FEB 17 2005