# ATTACHMENT 1
# (A-B)

A

3899



RECEIVED
SEP 1 6 2002
UNITED SHEET METAL, INC.

Revised: 3/99
Supersedes: 12/98

# PBM Mechanical, Inc. DBA
# The PBM- LIMBACH Group-Mechanical
# SUBCONTRACT

| PROJECT #<br>13503 | PHASE<br>01 | TRADE<br>0 | CNTR.<br>0 | UNIT<br>14 | TYPE<br>4 | SUBCONTRACT #<br>13503-4-14 |
|---|---|---|---|---|---|---|

BRANCH NO.    34

VENDOR NO.    001456

THIS SUBCONTRACT is entered into this ____26th____ day of _____August_____, 2002, by and between The PBM-Limbach Group-Mechanical, a Virginia corporation (hereinafter "Contractor") and _____United Sheet Metal_____, a _____Maryland_____ corporation (hereinafter "Subcontractor").

WHEREAS, Contractor has entered into a certain contract (hereinafter "Principal Contract"), dated _____August_____, 2002, with ____J. A. Jones/Tompkins Builders____ (hereinafter "Principal"), to execute construction work for Principal on ____SEC-Station Place Washington, DC____ , at ____700 2nd Street, NE Washington, DC____ (hereinafter "Project") for ____Louis Dreyfus Property Group____ (hereinafter "Owner"), and this Subcontract is for the performance by Subcontractor of a portion of such work.

The parties hereto mutually agree as follows:

## ARTICLE 1 – SCOPE OF WORK

Subcontractor shall furnish, in strict accordance with the Contract Documents, all labor, materials, tools, machinery, equipment, hoisting, storage facilities, utilities, supplies and services and do all things necessary for the complete performance of the work described in Article 21 (hereinafter the "Work").

Subcontractor shall provide, during the entire construction of the Project, a job-site superintendent with full authority to act on behalf of Subcontractor and such foremen and other supervisory personnel to assure compliance with established schedules, quality standards for the Work and other requirements of this Subcontract.

## ARTICLE 2 – SUBCONTRACT PRICE AND PAYMENT

The Subcontract Price to be paid by Contractor to Subcontractor shall be the amount stated in Article 21, which includes any and all sales, use and other taxes, fees, permits and licenses arising out of the Work, subject to additions and/or deduction as provided herein.



## ATTACHMENT "A" SHEET METAL SCOPE

SCOPE OF WORK FOR STATION PLACE PHASE 1

PROVIDE ALL LABOR, MATERIAL AND EQUIPMENT TO PERFORM COMPLETE
INSTALLATION OF METAL DUCTS, DUCT ACCESSORIES, AIR TERMINALS, AND
DIFFUSERS,REGISTERS,AND GRILLES IN STRICT ACCORDANCE WITH BUT NOT LIMITED TO
SECTIONS 15815, 15820, 15840, AND 15855 OF THE SPECIFICATIONS.

A.  In addition to all other requirements this Contract includes but is not limited to the following:

1. All Ductwork
2. Air Outlets
3. Duct Sound Lining
4. Perforated Inner Lining
5. Duct Leak Testing
6. Emergency Generator Exhaust
7. Duct Fire Stopping
8. Fire Dampers
9. Smoke Dampers
10. Discharge Plenums For Air Handling Units
11. Drafting/Coordination
12. Duct Cleaning
13. Seismic Restraints (IF Required) ☜
14. Register, grilles and diffusers

B.  This Contract includes the following to the extent they are applicable to the work included in this
Contract.

1. DIVISION 15  MECHANICAL
2. Addendums 1 Through 10
3. Division 00-List of Drawings

C.  This Contract includes receiving, unloading, distributing, and setting the following items, which
will be supplied by others.

1. Fans w/ Isolation
2. Smoke Detectors
3. Automatic Dampers
4. 50/50 Labor on A.H.U.'S & FCU'S
5. P.R.V'S
6. Filters (Initial Set)
7. Coils (Duct Mounted)
8. VAV Boxes
9. ~~Other Duct Mounted Devices supplied by others.~~ ☜



A 1

D.  This Contract does not include the following:

1.  Rigging
2.  Premium time
3.  Cut, Patch, Paint
4.  Air Balancing
5.  Belt Guards
6.  Demolition
7.  Arch. Access Doors
8.  Arch Louvers



A2

DRAWING BID DOCUMENT                    DESIGN DATE

| GMP DRAWINGS | 1/14/2002 |
|---|---|
| ADDENDUM #1 DRAWINGS | 3/7/2002 |
| ADDENDUM #1 NARRATIVE | 3/7/2002 |
| ADDENDUM #1 SUPPLEMENT #1 | 3/18/2002 |
| ADDENDUM #1 SUPPLEMENT #2 | 3/21/2002 |
| ADDENDUM #2 DRAWINGS | 3/21/2002 |
| ADDENDUM #2 NARRATVIE | 3/21/2002 |
| ADDENDUM #2 SUPPLEMENT #1 | 4/9/2002 |

STATION PLACE GMP DRAWING LOG

| Dwg # | Drawing Title | Date Drawn |
|---|---|---|
| A.000 | TITLE SHEET / CODE DATA SUMMARY | 3/21/2002 |
| A.090 | OVERALL SITE PLAN & SITE DETAILS | 3/21/2002 |
| A.091 | COURTYARD PLAN AND DETAILS | 3/21/2002 |
| A.095 | ENTRANCE RAMP @ 'H' STREET OVERPASS | 3/21/2002 |
| A.098 | P2 PARKING LEVEL | 3/21/2002 |
| A.099 | P1 PARKING LEVEL | 3/21/2002 |
| A.100 | LOWER LEVEL PLAN | 3/21/2002 |
| A.101 | GROUND FLOOR PLAN | 3/21/2002 |
| A.101.1 | GROUND FLOOR OPENINGS, SLAB EDGE CONFIGURATION PLAN AND DETAILS | 3/21/2002 |
| A.102 | 2ND FLOOR PLAN | 3/21/2002 |
| A.103 | 3RD FLOOR PLAN | 3/21/2002 |
| A.104 | 4TH FLOOR PLAN | 3/21/2002 |
| A.105 | 5TH FLOOR PLAN | 3/21/2002 |
| A.106 | 6TH FLOOR PLAN | 3/21/2002 |
| A.107 | 7TH FLOOR PLAN | 3/21/2002 |
| A.108 | 8TH FLOOR & SETBACK ROOF PLANS | 3/21/2002 |
| A.109 | 9TH FLOOR & ROOF PLANS | 3/21/2002 |
| A.110 | 10TH FLOOR & ROOF TERRACE PLANS | 3/21/2002 |
| A.111 | MECHANICAL & ROOF PLANS | 3/21/2002 |
| A.200 | SOUTH (F STREET) AND EAST (2ND STREET) ELEVATIONS | 3/21/2002 |
| A.201 | NORTH AND WEST ELEVATIONS | 3/21/2002 |
| A.210 | BUILDING SECTIONS | 3/21/2002 |
| A.211 | BUILDING SECTIONS | 3/21/2002 |
| A.300 | CORE PLAN | 3/21/2002 |
| A.301 | PARTIAL PLANS | 3/21/2002 |

SCHEDULE B

INITIAL



| | | |
|---|---|---|
| A.401 | STAIRS A, B, C, D & E PLANS, SECTIONS & DETAILS | |
| A.402 | STAIRS (MISC) PLANS, SECTIONS, & DETAILS | 3/21/2002 |
| A.405 | ESCALATORS A, B & C / STAIRS F & H SECTIONS & DETAILS | 3/7/2002 |
| A.406 | ENTRANCE LOBBY DETAILS | 3/21/2002 |
| A.410 | SECTIONS - ELEVATORS 1 THRU 16 | 3/21/2002 |
| A.411 | ELEVATOR HOISTWAY PLANS, SECTIONS & ELEVATIONS | 3/7/2002 |
| A.412 | ELEVATOR DETAILS, LOBBY PLANS, SECTIONS ELEVATIONS | 3/7/2002 |
| | | 3/21/2002 |
| A.415 | ELEVATOR CAR - PLANS, SECTIONS & DETAILS | 3/7/2002 |
| A.430 | TOILET PLANS & ELEVATIONS | 3/21/2002 |
| A.435 | TOILET DETAILS | 3/7/2002 |
| A.500 | 'F' STREET ENCLOSURE WALL @ STREET LEVEL | 3/21/2002 |
| A.500A | ALTERNATE SCHEME FOR ROLLING SERVICE DOOR AT "F" STREET | 3/21/2002 |
| A.501 | 2ND STREET ENCLOSURE WALL @ STREET LEVEL | 3/7/2002 |
| A.502 | "F", & 2ND STREETS ENCLOSURE WALL @ 3RD FLOOR LEVEL | 3/7/2002 |
| A.503 | "F" AND 2ND STREETS ENCLOSURE WALL ELEV., PLANS AND DETAILS | 3/7/2002 |
| A.510 | LOBBY SECTIONS & ELEVATIONS | 3/21/2002 |
| A.511 | LOBBY SECTIONS & ELEVATIONS | 3/21/2002 |
| A.512 | LOBBY PLAN & SECTION DETAILS | 3/21/2002 |
| A.513 | LOBBY SECTONS & ELEVATIONS | 3/21/2002 |
| A.520 | ENCLOSURE WALL FLOORS 3 TO 10 - PLANS /SECTIONS /ELEVATIONS | 3/7/2002 |
| A.523 | MECHANICAL ROOM ENCLOSURE - PLANS, SECTIONS AND DETAILS | 3/21/2002 |
| A.525 | ENCLOSURE WALL - WEST - FLOORS G THRU 10 PLANS, SECTIONS, ELEVATIONS & ALT. | 3/21/2002 |
| A.526 | ENCLOSURE WALL - WEST - FLOORS G THRU 2 PLANS, SECTIONS, ELEVATIONS | 3/21/2002 |
| A.527 | ENCLOSURE WALL-WEST-FLOORS G THRU 10 PLANS, SECTIONS, ELEVATIONS | 3/21/2002 |
| A.530 | CONNECTOR TO UNION STATION PLANS, SECTIONS & DETAILS | 3/21/2002 |
| A.598 | P2 PARKING LEVEL REFLECTED CEILING PLAN | 3/21/2002 |
| A.599 | P1 PARKING LEVEL REFLECTED CEILING PLAN | 3/21/2002 |
| A.600 | LOWER LEVEL REFLECTED CEILING PLAN | 3/7/2002 |
| A.601 | GROUND FLOOR REFLECTED CEILING PLAN | 3/21/2002 |
| A.602 | 2ND FLOOR REFLECTED CEILING PLAN | 3/7/2002 |
| A.603 | 3RD FLOOR REFLECTED CEILING PLAN | 3/21/2002 |
| A.604 | 4TH FLOOR REFLECTED CEILING PLAN | 3/7/2002 |
| A.605 | 5TH FLOOR REFLECTED CEILING PLAN | 3/7/2002 |
| A.606 | 6TH FLOOR REFLECTED CEILING PLAN | 3/7/2002 |
| A.607 | 7TH FLOOR REFLECTED CEILING PLAN | 3/7/2002 |
| A.608 | 8TH FLOOR REFLECTED CEILING PLAN | 3/21/2002 |
| A.609 | 9TH FLOOR REFLECTED CEILING PLAN | 3/7/2002 |
| A.610 | 10TH FLOOR REFLECTED CEILING PLAN | 3/7/2002 |

INITIAL

| | | |
|---|---|---|
| A.611 | MECHANICAL REFLECTED CEILING PLAN | 2/14/2002 |
| A.700 | DOOR AND HARDWARE SCHEDULES | 3/7/2002 |
| A.701 | DOOR AND HARDWARE SCHEDULES | 3/21/2002 |
| A.702 | DOOR AND HARDWARE SCHEDULES | 3/21/2002 |
| A.705 | DOOR, FRAME AND HARDWARE DETAILS | 3/21/2002 |
| A.710 | PARTITION TYPES | 3/21/2002 |
| A.720 | ROOM FINISH SCHEDULES | 3/21/2002 |
| C.101 | EXISTING CONDITIONS PLAN | 3/21/2002 |
| C.102 | EXISTING CONDITIONS PLAN | 3/21/2002 |
| C.103 | DEMOLITION PLAN | 3/21/2002 |
| C.104 | DEMOLITION PLAN | 3/21/2002 |
| C.105 | SEDIMENTATION AND EROSION CONTROL PLAN | 2/14/2002 |
| C.106 | SEDIMENTATION AND EROSION CONTROL PLAN | 2/14/2002 |
| C.107 | SITE AND GRADING PLAN | 3/21/2002 |
| C.108 | SITE AND GRADING PLAN | 3/21/2002 |
| C.109 | UTILITY PLAN | 3/21/2002 |
| C.110 | UTILITY PLAN | 2/14/2002 |
| C.111 | STORMWATER MANAGEMENT PLAN 1 | 3/21/2002 |
| C.112 | STORMWATER MANAGEMENT PLAN 2 | 3/21/2002 |
| C.113 | SEDIMENTATION AND EROSION CONTROL DETAILS | 2/14/2002 |
| C.114 | SITE DETAILS | 2/14/2002 |
| C.115 | CURB AND UTILITY PROFILES | |
| C.116 | SEWER RELOCATION - PLAN & PROFILE | 3/21/2002 |
| C.117 | SEWER RELOCATION - PLAN & PROFILE | 3/21/2002 |
| E.000 | SYMBOLS, ABBREVIATIONS, NOTES, SCHEDULES AND DRAWING INDEX | 3/7/2002 |
| E.090 | OVERALL SITE PLAN - LIGHTING & POWER | 3/21/2002 |
| E.095 | ENTRANCE RAMP @ "H" STREET OVERPASS - SNOW MELTING SYSTEM POWER | 3/21/2002 |
| E.098L | P2 PARKING LEVEL - LIGHTING | 3/21/2002 |
| E.098P | P2 PARKING LEVEL - POWER & MISC. SYSTEMS | 3/21/2002 |
| E.099L | P1 PARKING LEVEL - LIGHTING | 3/7/2002 |
| E.099P | P1 PARKING LEVEL - POWER & MISC. SYSTEMS | 3/21/2002 |
| E.100L | LOWER LEVEL PLAN-LIGHTING | 3/7/2002 |
| E.100P | LOWER LEVEL PALN - POWER & MISC. SYSTEMS | 3/21/2002 |
| E.101 | GROUND FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.102 | 2ND FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.103 | 3RD FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.104 | 4TH FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.105 | 5TH AND 6TH FLOOR PLANS - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.107 | 7TH FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.108 | 8TH FLOOR & SETBACK ROOF PLANS - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.109 | 9TH FLOOR & ROOF PLANS - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |

INITIAL

| E.110 | 10TH FLOOR & ROOF TERRACE PLANS - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.111 | MECHANICAL & ROOF PLANS - LIGHTING, POWER & MISC. SYSTEMS | 3/21/2002 |
| E.200 | ENLARGED EMERGENCY GENERATOR & ELEVATOR MACHINE/PIT ROOM PART PLANS | 3/21/2002 |
| E.201 | ENLARGED ELEVATOR PIT & ELEVATOR ROOM PART PLANS - LIGHITNG & POWER | 3/21/2002 |
| E.202 | ENLARGED LOWER LEVEL PLANS | 3/7/2002 |
| E.203 | ENLARGED CHILLER & MAIN TELEPHONE ROOM PART PLANS - LIGHTING & POWER | 3/7/2002 |
| E.204 | ENLARGED GROUND FLOOR CORE PART PLANS - LIGHTING & POWER | 3/7/2002 |
| E.205 | ENLARGED TYPICAL FLOOR CORE PART PLANS - LIGHTING & POWER | 3/21/2002 |
| E.206 | ENLARGED PENTHOUSE/ROOF PART PLANS - LIGHTING & POWER | 3/21/2002 |
| E.207 | ENLARGED LOW ROOF PART PLANS - LIGHTING & POWER | 3/21/2002 |
| E.208 | ENLARGED ELECTRIC CLOSET PART PLANS - POWER & MISC. SYSTEMS | 3/7/2002 |
| E.209 | ENLARGED LOWER LEVEL & GROUND FLOOR PART PLANS - LIGHTING | 3/7/2002 |
| E.210 | ENLARGED LOWER LEVEL & GROUND FLOOR PART PLANS - POWER | 3/21/2002 |
| E.300 | LIGHTING & POWER RISER DIAGRAM | 4/9/2002 |
| E.301 | ELECTRICAL SINGLE LINE DIAGRAM | 4/9/2002 |
| E.302 | ELECTRICAL SYSTEM SEPERATELY DERIVED GROUNDING RISER DIAGRAM | 3/7/2002 |
| E.303 | FIRE ALARM RISER DIAGRAM | 3/7/2002 |
| E.304 | FIRE ALARM GRAPHIC ANNUNCIATOR PANEL, FATC CONNECTIONS & FIRE ALARM SIGNAL DETAIL | 3/21/2002 |
| E.305 | SNOW MELTING CONTROL PANEL DETAIL | 4/9/2002 |
| E.306 | TELECOMMUNICATION RISER DIAGRAM | 3/7/2002 |
| E.307 | SECURITY RISER DIAGRAM | 3/7/2002 |
| E.400 | ENLARGED SWITCHBOARD ROOM / WATER SERVICE ROOM PART PLAN AND SWITCHBOARD DETAILS | 3/21/2002 |
| E.401 | GENERATOR AND MISCELLANEOUS DETAILS | 3/7/2002 |
| E.402 | LIGHTNING PROTECTION DETAILS | 3/7/2002 |
| E.403 | LIGHTNING PROTECTION DETAILS | 3/21/2002 |
| E.700 | SWITCHBOARD SCHEDULES | 3/21/2002 |
| E.701 | MOTOR CONTROL SCHEDULES | 3/21/2002 |
| E.702 | PANELBOARD SCHEDULES | 3/21/2002 |
| E.703 | PANELBOARD SCHEDULES | 3/21/2002 |
| E.704 | PANELBOARD SCHEDULES | 3/21/2002 |
| E.705 | PANELBOARD SCHEDULES | 3/21/2002 |
| E.706 | PANELBOARD SCHEDULES | 3/21/2002 |
| E.707 | PANELBOARD SCHEDULES | 3/21/2002 |
| L.100 | OVERALL LANDSCAPE PLAN | 2/14/2002 |

4

SCHEDULE B

INITIAL

| L.101 | LANDSCAPE ENLARGEMENT PLAN | 2/14/2002 |
| L.102 | LANDSCAPE ENLARGEMENT PLANS | 2/14/2002 |
| L.103 | PLANTING AND PLANTER DETAILS | 2/14/2002 |
| L.200 | IRRIGATION PLAN | 3/21/2002 |
| L.201 | IRRIGATION ENLARGEMENT PLAN | 3/21/2002 |
| L.202 | COURTYARD PLAN AND IRRIGATION DETAILS | 3/21/2002 |
| L.203 | IRRIGATION DETAILS | 3/21/2002 |
| M.000 | SYMBOLS, ADDREVIATIONS, NOTES, AND DRAWING INDEX | 3/21/2002 |
| M.001 | SCHEDULES | 3/21/2002 |
| M.002 | SCHEDULES | 2/14/2002 |
| M.003 | SCHEDULES | 3/21/2002 |
| M.004 | SCHEDULES | 3/21/2002 |
| M.098 | P2 PARKING LEVEL | 3/21/2002 |
| M.099 | P1 PARKING LEVEL | 3/7/2002 |
| M.100 | LOWER LEVEL PLAN | 3/21/2002 |
| M.101 | GROUND FLOOR PLAN | 3/21/2002 |
| M.102 | 2ND FLOOR PLAN | 3/21/2002 |
| M.103 | 3RD FLOOR PLAN | 3/21/2002 |
| M.104 | 4TH FLOOR PLAN | 3/21/2002 |
| M.105 | 5TH AND 6TH FLOOR PLAN | 3/21/2002 |
| M.107 | 7TH FLOOR PLAN | 3/21/2002 |
| M.108 | 8TH FLOOR & SETBACK ROOF PLANS | 3/21/2002 |
| M.109 | 9TH FLOOR & ROOF PLANS | 3/21/2002 |
| M.110 | 10TH FLOOR & ROOF TERRACE PLANS | 3/21/2002 |
| M.111 | MECHANICAL & ROOF PLANS | 2/14/2002 |
| M.200 | ENLARGED PART PLAN | 3/7/2002 |
| M.201 | ENLARGED PART PLAN | 3/21/2002 |
| M.202 | ENLARGED PART PLANS | 3/21/2002 |
| M.203 | ENLARGED PART PLAN | 3/21/2002 |
| M.204 | ENLARGED PART PLANS | 3/21/2002 |
| M.205 | ENLARGED PART PLANS | 3/21/2002 |
| M.206 | ENLARGED PART PLANS | 3/7/2002 |
| M.207 | ENLARGED PART PLANS | 3/21/2002 |
| M.208 | ENLARGED PART PLANS | 3/21/2002 |
| M.209 | ENLARGED PART PLAN | 3/21/2002 |
| M.210 | ENLARGED PART PLAN | 3/21/2002 |
| M.300 | CHILLED WATER FLOW DIAGRAM | 3/21/2002 |
| M.301 | CONDENSER WATER FLOW DIAGRAM | 3/7/2002 |
| M.302 | AIR RISER DIAGRAMS | 3/21/2002 |
| M.303 | AIR RISER DIAGRAMS | 3/21/2002 |
| M.400 | DETAILS | 3/7/2002 |
| M.401 | DETAILS | 3/21/2002 |
| M.402 | DETAILS | 3/21/2002 |
| M.403 | DETAILS | 2/14/2002 |
| M.404 | DETAILS | 2/14/2002 |
| M.405 | DETAILS | 3/21/2002 |
| P.000 | SYMBOLS, ABBREVIATIONS, NOTES AND DRAWING INDEX | 2/14/2002 |

5

SCHEDULE B

INITIAL

| P.002 | NOTES AND SCHEDULES | 2/14/2002 |
| P.098 | P2 PARKING PLAN | 3/21/2002 |
| P.099 | P1 PARKING PLAN | 3/21/2002 |
| P.100 | LOWER LEVEL PLAN | 3/21/2002 |
| P.101 | GROUND FLOOR PLAN | 3/21/2002 |
| P.102 | 2ND FLOOR PLAN | 3/21/2002 |
| P.103 | 3RD FLOOR PLAN | 3/21/2002 |
| P.104 | 4TH FLOOR PLAN | 3/7/2002 |
| P.105 | 5TH FLOOR PLANS | 3/7/2002 |
| P.106 | 6TH FLOOR PLAN | 3/7/2002 |
| P.107 | 7TH FLOOR PLAN | 3/7/2002 |
| P.108 | 8TH FLOOR & SETBACK ROOF PLANS | 3/7/2002 |
| P.109 | 9TH FLOOR & ROOF PLANS | 3/7/2002 |
| P.110 | 10TH FLOOR & ROOF TERRACE PLANS | 3/7/2002 |
| P.111 | MECHANICAL & ROOF PLANS | 3/7/2002 |
| P.112 | ENTRANCE RAMP @ "H" STREET OVERPASS - PLUMBING | 3/7/2002 |
| P.200 | ENLARGED PART PLANS | 2/14/2002 |
| P.201 | ENLARGED PART PLANS | 2/14/2002 |
| P.202 | ENLARGED PART PLANS | 2/14/2002 |
| P.203 | ENLARGED PART PLANS | 2/14/2002 |
| P.300 | RISER DIAGRAM | 2/14/2002 |
| P.301 | RISER DIAGRAM | 3/7/2002 |
| P.302 | RISER DIAGRAM | 3/7/2002 |
| P.303 | RISER DIAGRAM | 3/7/2002 |
| P.304 | RISER DIAGRAM | 3/7/2002 |
| P.305 | RISER DIAGRAM | 2/14/2002 |
| P.400 | DETAILS | 2/14/2002 |
| P.401 | DETAILS | 2/14/2002 |
| CN.201 | PLANS | 3/21/2002 |
| CN.301 | ELEVATIONS/SECTIONS | 3/21/2002 |
| CN.302 | SECTIONS | 3/21/2002 |
| CN.303 | SECTIONS | 3/21/2002 |
| CN.304 | TRUSS DETAILS | 3/21/2002 |
| CN.401 | DETAILS | 3/21/2002 |
| CN.402 | DETAILS | 3/21/2002 |
| G.100 | PARKING EQUIPMENT | 2/14/2002 |
| S.001 | GENERAL NOTES | 3/21/2002 |
| S.002 | GENERAL NOTES, ABBREVIATIONS | 3/21/2002 |
| S.098 | P2 - PARKING LEVEL FRAMING AND FOUNDATION PLAN | 3/21/2002 |
| S.099 | P1 - PARKING LEVEL FRAMING PLAN | 3/21/2002 |
| S.099R | P1- PARKING LEVEL REINFORCING PLAN | 3/21/2002 |
| S.100 | LOWER LEVEL FRAMING PLAN | 3/21/2002 |
| S.100R | LOWER LEVEL REINFORCING PLAN | 3/21/2002 |
| S.101 | GROUND FLOOR FRAMING PLAN | 3/21/2002 |
| S.102 | SECOND FLOOR FRAMING PLAN | 3/21/2002 |
| S.103 | THIRD FLOOR FRAMING PLAN | 3/21/2002 |
| S.104 | FOURTH FLOOR FRAMING PLAN | 3/21/2002 |

6

INITIAL

| | | |
|---|---|---|
| P.002 | NOTES AND SCHEDULES | 2/14/2002 |
| P.098 | P2 PARKING PLAN | 3/21/2002 |
| P.099 | P1 PARKING PLAN | 3/21/2002 |
| P.100 | LOWER LEVEL PLAN | 3/21/2002 |
| P.101 | GROUND FLOOR PLAN | 3/21/2002 |
| P.102 | 2ND FLOOR PLAN | 3/21/2002 |
| P.103 | 3RD FLOOR PLAN | 3/21/2002 |
| P.104 | 4TH FLOOR PLAN | 3/7/2002 |
| P.105 | 5TH FLOOR PLANS | 3/7/2002 |
| P.106 | 6TH FLOOR PLAN | 3/7/2002 |
| P.107 | 7TH FLOOR PLAN | 3/7/2002 |
| P.108 | 8TH FLOOR & SETBACK ROOF PLANS | 3/7/2002 |
| P.109 | 9TH FLOOR & ROOF PLANS | 3/7/2002 |
| P.110 | 10TH FLOOR & ROOF TERRACE PLANS | 3/7/2002 |
| P.111 | MECHANICAL & ROOF PLANS | 3/7/2002 |
| P.112 | ENTRANCE RAMP @ "H" STREET OVERPASS - PLUMBING | 3/7/2002 |
| P.200 | ENLARGED PART PLANS | 2/14/2002 |
| P.201 | ENLARGED PART PLANS | 2/14/2002 |
| P.202 | ENLARGED PART PLANS | 2/14/2002 |
| P.203 | ENLARGED PART PLANS | 2/14/2002 |
| P.300 | RISER DIAGRAM | 2/14/2002 |
| P.301 | RISER DIAGRAM | 3/7/2002 |
| P.302 | RISER DIAGRAM | 3/7/2002 |
| P.303 | RISER DIAGRAM | 3/7/2002 |
| P.304 | RISER DIAGRAM | 3/7/2002 |
| P.305 | RISER DIAGRAM | 2/14/2002 |
| P.400 | DETAILS | 2/14/2002 |
| P.401 | DETAILS | 2/14/2002 |
| CN.201 | PLANS | 3/21/2002 |
| CN.301 | ELEVATIONS/SECTIONS | 3/21/2002 |
| CN.302 | SECTIONS | 3/21/2002 |
| CN.303 | SECTIONS | 3/21/2002 |
| CN.304 | TRUSS DETAILS | 3/21/2002 |
| CN.401 | DETAILS | 3/21/2002 |
| CN.402 | DETAILS | 3/21/2002 |
| G.100 | PARKING EQUIPMENT | 2/14/2002 |
| S.001 | GENERAL NOTES | 3/21/2002 |
| S.002 | GENERAL NOTES, ABBREVIATIONS | 3/21/2002 |
| S.098 | P2 - PARKING LEVEL FRAMING AND FOUNDATION PLAN | 3/21/2002 |
| S.099 | P1 - PARKING LEVEL FRAMING PLAN | 3/21/2002 |
| S.099R | P1- PARKING LEVEL REINFORCING PLAN | 3/21/2002 |
| S.100 | LOWER LEVEL FRAMING PLAN | 3/21/2002 |
| S.100R | LOWER LEVEL REINFORCING PLAN | 3/21/2002 |
| S.101 | GROUND FLOOR FRAMING PLAN | 3/21/2002 |
| S.102 | SECOND FLOOR FRAMING PLAN | 3/21/2002 |
| S.103 | THIRD FLOOR FRAMING PLAN | 3/21/2002 |
| S.104 | FOURTH FLOOR FRAMING PLAN | 3/21/2002 |

7

INITIAL

| | | |
|---|---|---|
| S.105 | FIFTH FLOOR FRAMING PLAN | 3/21/2002 |
| S.106 | SIXTH FLOOR FRAMING PLAN | 3/21/2002 |
| S.107 | SEVENTH FLOOR FRAMING PLAN | 3/21/2002 |
| S.108 | EIGHTH FLOOR FRAMING PLAN | 3/21/2002 |
| S.109 | NINTH FLOOR FRAMING PLAN | 3/21/2002 |
| S.110 | TENTH FLOOR FRAMING PLAN | 3/21/2002 |
| S.111 | ROOF / MECHANICAL PENTHOUSE FRAMING PLAN | 3/21/2002 |
| S.112 | PENTHOUSE ROOF FRAMING PLAN | 3/7/2002 |
| S.201 | H ST. RAMP SECTIONS | 3/7/2002 |
| S.202 | H ST. RAMP SECTIONS | 3/21/2002 |
| S.203 | H ST. RAMP SECTIONS | 3/21/2002 |
| S.204 | H ST. RAMP SECTIONS | 3/21/2002 |
| S.205 | H ST. RAMP SECTIONS | 3/21/2002 |
| S.206 | H ST. RAMP SECTION | 3/7/2002 |
| S.207 | H ST. RAMP SECTIONS | 3/21/2002 |
| S.301 | CAISSON SCHEDULE AND DETAILS | 3/21/2002 |
| S.302 | TYPICAL FOUNDATION SECTIONS AND DETAILS | 3/21/2002 |
| S.303 | GRADE BEAM SCHEDULES SECTIONS AND DETAILS | 3/7/2002 |
| S.304 | FOUNDATION SECTIONS AND DETAILS | 3/21/2002 |
| S.401 | CONCRETE COLUMN SCHEDULE | 3/21/2002 |
| S.402 | CONCRETE COLUMN DETAILS | 3/21/2002 |
| S.403 | SHEAR WALL SCHEDULE AND DETAILS | 3/21/2002 |
| S.404 | SHEAR WALL ELEVATIOINS | 3/21/2002 |
| S.501 | TYPICAL SLAB DETAILS | 3/7/2002 |
| S.502 | CONCRETE BEAM SCHEDULE AND DETAILS | 3/21/2002 |
| S.503 | CONCRETE BEAM SCHEDULE AND DETAILS | 3/21/2002 |
| S.503A | CONCRETE BEAM SCHEDULE AND DETAILS | 3/21/2002 |
| S.504 | TYPICAL POST - TENSIONED CONCRETE DETAILS | 3/21/2002 |
| S.504A | TYPICAL POST - TENSIONED CONCRETE DETAILS | 3/21/2002 |
| S.505 | SECTIONS AND DETAILS | 3/21/2002 |
| S.506 | SECTIONS AND DETAILS | 3/21/2002 |
| S.507 | SECTIONS AND DETAILS | 3/21/2002 |
| S.508 | SECTIONS AND DETAILS | 3/21/2002 |
| S.509 | SECTIONS AND DETAILS | 3/21/2002 |
| S.510 | SECTIONS AND DETAILS | 3/21/2002 |
| S.511 | SECTIONS AND DETAILS | 3/21/2002 |
| SH.098 | P2 LEVEL RAMP FRAMING AND FOUNDATION PLAN | 3/21/2002 |
| SH.099 | P1 LEVEL RAMP FRAMING PLAN | 3/21/2002 |
| SH.100 | LOWER LEVEL RAMP FRAMING PLAN | 3/21/2002 |
| SH.101 | GROUND FLOOR LEVEL RAMP FRAMING PLAN | 3/21/2002 |

| DRAWING BID TYPE | DESIGN DATE |
|---|---|
| GMP DRAWINGS | 2/14/2002 |
| ADDENDUM #1 DRAWINGS | 3/7/2002 |
| ADDENDUM #1 NARRATIVE | 3/7/2002 |
| ADDENDUM #1 SUPPLEMENT #1 | 3/18/2002 |
| ADDENDUM #1 SUPPLEMENT #2 | 3/27/2002 |

INITIAL



| | |
|---|---|
| ADDENDUM #2 | 3/21/2002 |
| ADDENDUM #2 NARRATVIE | 3/21/2002 |
| ADDENDUM #2 SUPPLEMENT #1 | 4/9/2002 |

9

INITIAL

SEC Station Place
Attachment B-1
Station Place Specifications Addendum #3 through #10

| SECTION | TITLE | DATE |
|---------|-------|------|
| 01030 | ALTERNATES | 3/29/02 |
| 02870 | BOLLARD BARRICADE SYSTEM | 4/9/02 |
| 08800 | GLASS | 3/29/02 |
| ADDENDUM 5B | ELECTROMECHANICAL LOCKSETS | 5/17/02 |
| 15192 | U.S. SECURITIES AND EXCHANGE COMMISSION FUEL OIL TANK AND PIPING | 4/11/02 |
| 15900 | HVAC INSTRUMENTATION AND CONTROLS | 4/11/02 |
| 15940 | SEQUENCE OF OPERATIONS | 4/11/02 |
| 16232 | U.S. SECURITIES AND EXCHANGE COMMISSION PACKAGED ENGINE GENERATOR | 4/11/02 |
| 01030 | ALTERNATES | 4/17/02 |
| 06400 | ARCHITECTURAL WOODWORK | 4/17/02 |
| 09650 | RESILIENT FLOORING | 4/24/02 |
| 14212 | HYDRAULIC ELEVATOR | 4/24/02 |
| 15900 | HVAC INSTURMENTATION AND CONTROLS | 4/24/02 |
| A.098 | P2 PARKING LEVEL | 06/04/02 |

Station Place Drawings Addendum #3 through #10

| SECTION | TITLE | DISPLINE | DATE |
|---------|-------|----------|------|
| A.000 | TITLE SHEET / CODE DATA SUMMARY | Architectural | 4/9/2002 |
| A.090 | OVERALL SITE PLAN & SITE DETAILS | Architectural | 4/9/2002 |
| A.091 | SEC LOBBY SIDEWALK / COURTYARD PLANS AND DETAILS | Architectural | 4/9/2002 |
| A.101 | GROUND FLOOR PLAN | Architectural | 4/9/2002 |
| A.200 | SOUTH (F STREET) AND EAST (2ND STREET) ELEVATIONS | Architectural | 4/9/2002 |
| A.210 | BUILDING SECTIONS | Architectural | 4/9/2002 |
| A.500 | 'F' STREET ENCLOSURE WALL @ STREET LEVEL | Architectural | 4/9/2002 |
| A.500A | ALTERNATE SCHEME FOR ROLLING SERVICE DOOR AT "F" STREET | Architectural | 4/9/2002 |
| A.501 | 2ND STREET ENCLOSURE WALL @ STREET LEVEL | Architectural | 4/9/2002 |

INITIAL

| E.090 | OVERALL SITE PLAN - LIGHTING & POWER | Electrical | 4/9/2002 |
|---|---|---|---|
| E.101 | GROUND FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | Electrical | 4/9/2002 |
| E.400 | ENLARGED SWITCHBOARD ROOM / WATER SERVICE ROOM PART PLAN AND SWITCHBOARD DETAILS | Electrical | 4/9/2002 |
| E.703 | PANELBOARD SCHEDULES | Electrical | 4/9/2002 |
| P.098 | P2 PARKING PLAN | Plumbing | 4/9/2002 |
| P.099 | P1 PARKING PLAN | Plumbing | 4/9/2002 |
| P.100 | LOWER LEVEL PLAN | Plumbing | 4/9/2002 |
| P.200 | ENLARGED PART PLANS | Plumbing | 4/9/2002 |
| P.301 | RISER DIAGRAM | Plumbing | 4/9/2002 |
| S.101 | GROUND FLOOR FRAMING PLAN | Structural | 4/9/2002 |
| S.305 | BOLLARD DETAILS | Structural | 4/9/2002 |
| A.098 | P2 PARKING LEVEL | Architectural | 4/11/2002 |
| A.099 | P1 PARKING LEVEL | Architectural | 4/11/2002 |
| E.099P | P1 PARKING LEVEL - POWER & MISC. SYSTEMS | Electrical | 4/24/2002 |
| E.100P | LOWER LEVEL PALN - POWER & MISC. SYSTEMS | Electrical | 4/24/2002 |
| E.200 | ENLARGED EMERGENCY GENERATOR & ELEVATOR MACHINE/PIT ROOM PART PLANS - LIGHTING & POWER | Electrical | 4/24/2002 |
| E.203 | ENLARGED CHILLER & MAIN TELEPHONE ROOM PART PLANS - LIGHTING & POWER | Electrical | 4/24/2002 |
| E.300 | LIGHTING & POWER RISER DIAGRAM | Electrical | 4/24/2002 |
| E.301 | ELECTRICAL SINGLE LINE DIAGRAM | Electrical | 4/24/2002 |
| E.700 | SWITCHBOARD SCHEDULES | Electrical | 4/24/2002 |
| A.098 | P2 PARKING LEVEL | Architectural | 4/11/2002 |
| A.099 | P1 PARKING LEVEL | Architectural | 4/11/2002 |
| A.100 | LOWER LEVEL PLAN | Architectural | 4/11/2002 |
| A.101 | GROUND FLOOR PLAN | Architectural | 4/11/2002 |
| A.211 | BUILDING SECTIONS | Architectural | 4/11/2002 |
| A.301 | PARTIAL PLANS | Architectural | 4/11/2002 |
| A.700 | DOOR AND HARDWARE SCHEDULES | Architectural | 4/11/2002 |
| A.720 | ROOM FINISH SCHEDULES | Architectural | 4/11/2002 |
| E.099P | P1 PARKING LEVEL - POWER & MISC. SYSTEMS | Electrical | 4/11/2002 |
| E.100P | LOWER LEVEL PALN - POWER & MISC. SYSTEMS | Electrical | 4/11/2002 |
| E.101 | GROUND FLOOR PLAN - LIGHTING, POWER & MISC. SYSTEMS | Electrical | 4/11/2002 |
| E.200 | ENLARGED EMERGENCY GENERATOR & ELEVATOR MACHINE/PIT ROOM PART PLANS - LIGHTING & POWER | Electrical | 4/11/2002 |

11

INITIAL

| | | | |
|---|---|---|---|
| E.210 | ENLARGED LOWER LEVEL & GROUND FLOOR PART PLANS - POWER | Electrical | 4/11/2002 |
| E.400 | ENLARGED SWITCHBOARD ROOM / WATER SERVICE ROOM PART PLAN AND SWITCHBOARD DETAILS | Electrical | 4/11/2002 |
| E.700 | SWITCHBOARD SCHEDULES | Electrical | 4/11/2002 |
| M.002 | SCHEDULES | Mechanical | 4/11/2002 |
| M.003 | SCHEDULES | Mechanical | 4/11/2002 |
| M.098 | P2 PARKING LEVEL | Mechanical | 4/11/2002 |
| P.098 | P2 PARKING PLAN | Plumbing | 4/11/2002 |
| P.301 | RISER DIAGRAM | Plumbing | 4/11/2002 |
| S.100 | LOWER LEVEL FRAMING PLAN | Structural | 4/11/2002 |
| S.100R | LOWER LEVEL REINFORCING PLAN | Structural | 4/11/2002 |
| S.501 | TYPICAL SLAB DETAILS | Structural | 4/11/2002 |
| S.503A | CONCRETE BEAM SCHEDULE AND DETAILS | Structural | 4/11/2002 |
| A.100 | LOWER LEVEL PLAN | Architectural | 4/22/2002 |
| A.101 | GROUND FLOOR PLAN | Architectural | 4/22/2002 |
| A.210 | BUILDING SECTIONS | Architectural | 4/22/2002 |
| A.211 | BUILDING SECTIONS | Architectural | 4/22/2002 |
| A.301 | PARTIAL PLANS | Architectural | 4/22/2002 |
| A.526 | ENCLOSURE WALL - WEST - FLOORS G THRU 10 PLANS, SECTIONS, ELEVATIONS | Architectural | 4/22/2002 |
| A.599 | P1 PARKING LEVEL REFLECTED CEILING PLAN | Architectural | 4/22/2002 |
| A.600 | LOWER LEVEL REFLECTED CEILING PLAN | Architectural | 4/22/2002 |
| A.601 | GROUND FLOOR REFLECTED CEILING PLAN | Architectural | 4/22/2002 |
| A.700 | DOOR AND HARDWARE SCHEDULES | Architectural | 4/22/2002 |
| A.701 | DOOR AND HARDWARE SCHEDULES | Architectural | 4/22/2002 |
| A.720 | ROOM FINISH SCHEDULES | Architectural | 4/22/2002 |
| S.100 | LOWER LEVEL FRAMING AND REINFORCEMENT PLAN | Structural | 4/22/2002 |
| S.101 | GROUND FLOOR FRAMING PLAN | Structural | 4/22/2002 |
| S.102 | SECOND FLOOR FRAMING PLAN | Structural | 4/22/2002 |
| S.302 | TYPICAL FOUNDATION SECTIONS AND DETAILS | Structural | 4/22/2002 |
| S.401 | CONCRETE COLUMN SCHEDULE | Structural | 4/22/2002 |
| S.402A | CONCRETE COLUMN DETAILS | Structural | 4/22/2002 |
| S.403 | SHEAR WALL SCHEDULE AND DETAILS | Structural | 4/22/2002 |
| S.404 | SHEAR WALL ELEVATIOINS | Structural | 4/22/2002 |
| S.503 | CONCRETE BEAM SCHEDULE AND DETAILS | Structural | 4/22/2002 |
| S.503A | CONCRETE BEAM SCHEDULE AND DETAILS | Structural | 4/22/2002 |
| S.504A | DETAILS | Structural | 4/22/2002 |

12

INITIAL

# LIMBACH COMPANY
## SUBCONTRACTORS REQUISITION FOR PAYMENT
### SEE REVERSE SIDE FOR INSTRUCTIONS

NAME & ADDRESS OF SUBCONTRACTOR

United Sheet Metal
51 Ritchie Road
Capitol Heights, MD  20743

DATE: _____
REQUISITION
FOR PAYMENT NO.: _____
LIMBACH
SUBCONTRACT NO.:  13503-4-14

ORIGINAL SUBCONTRACT AMOUNT.    $ 1,750,000.00      JOB NAME:   Station Place
AMENDMENTS TO SUBCONTRACT    $_____    LOCATION:   100 F Street. NE
TOTAL AUTHORIZED SUBCONTRACT AMT.    $_____    TYPE OF WORK:   Sheet Metal

VALUE OF WORK COMPLETED BY SUBCONTRACTOR
AS PER DETAIL ON REVERSE SIDE HEREOF:          **SINCE LAST REPORT**                    **TOTAL TO DATE**

| | SINCE LAST REPORT | TOTAL TO DATE |
|---|---|---|
| FROM: _____, ____  TO: _____,____ | $_____ | $_____ |
| LESS RETAINED PERCENTAGE. | $_____ | $_____ |
| NET AMOUNT EARNED THIS REQUISITION | $_____ | $_____ |
| LESS PAYMENTS TO DATE | | $_____ |
| LESS BACK CHARGES | $_____ | $_____ |
| TOTAL PAYMENTS AND BACK CHARGES TO DATE | | $_____ |
| AMOUNT REQUESTED THIS REQUISITION | $_____ | $_____ |

Subcontractor covenants that it will receive the payment paid pursuant to this Requisition and will hold such payment as a trust fund to be applied first to paying the claims of subcontractors, laborers and materialmen arising out of the performance of the Subcontract, before using any part of the total for any other purpose. Subcontractor further waives and releases any and all claims, liens or right of lien it has to the extent of the payment received. Subcontractor further agrees to indemnify and hold harmless the Contractor and the Owner from and against any and all lien claims of its subcontractors and suppliers arising out of the performance of the Subcontract.

To induce the making of the payment hereby requested, the Subcontractor represents that all claims of its subcontractors and suppliers, for which it has received payment from the Contractor, have been paid together with all taxes applicable thereto, except for the following:

| CLAIMANT | NATURE OF CLAIM | AMOUNT |
|---|---|---|
| | | |

Subcontractor _____

By: _____

13503-010-014-4          AUTHORIZED SIGNATORY    TITLE    DATE

*For LIMBACH COMPANY use only*

Payment authorized by:                              Checked by:

_____                              _____
PROJECT ENGINEER          DATE          INVOICE AUDIT SECTION          DATE

_____                              _____
OPERATING DEPT. MANAGER          DATE          BUSINESS DEPT. MANAGER          DATE

FORM    CC60 11/86

C1

| SUB. CONTR. ITEM NO. | DESCRIPTION OF WORK | TOTAL VALUE AT COMPLETION | TO LAST REPORT | SINCE LAST REPORT | TOTAL TO-DATE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**(IF SPACE IS INSUFFICIENT, ATTACH DETAIL)**

**INSTRUCTIONS TO SUBCONTRACTOR:**

1. Requisitions for payment shall be submitted in triplicate to Contractor's job office and shall be numbered consecutively.
2. Show Subcontractor's name and address as in subcontract.
3. "Original Subcontract Amount" is the Lump Sum, if subcontract is so priced.
4. "Amendments to Subcontract." Show here the total of any extras minus credits covered by Amendments to Subcontract that have been issued. No other extras or credits will be recognized.
5. Amounts earned by Subcontractor "Since Last Report" and "Total to Date" shall be for work performed to end of the period covered by Requisition for Payment, as detailed in the columns above. (Use separate sheet if space is inadequate.)
6. Subcontractor must show any claims against it (or him) arising out of the subcontract that have not been fully paid—give name of claimant, what the claim covers and amount thereof, in spaces provided therefor.



C2



# ENROLLMENT KIT

### OWNER CONTROLLED INSURANCE PROGRAM

**Louis Dreyfus Property Group
Station Place Project
Washington, D.C.**

*OCIP Enrollment Forms for:*

_____

c/o: _____, **Project Manager**

Please fax the following to Natalie Kane of Aon Risk Services at 617-210-4939

*All of these forms are additionally included and explained in detail in your Insurance Manual.*

☑ INSURANCE COST WORKSHEET

☑ ENROLLMENT APPLICATION

☑ DOCUMENTATION PROVIDING VERIFICATION OF RATES USED IN INSURANCE
COST CALCULATION (FROM YOUR INSURANCE POLICIES):
1. A copy of the labor wage rate sheet (identifying labor rates and labor burden costs)
2. A copy of the current Workers' Compensation Experience Modification Calculation
3. A copy of the Workers' Compensation policy rate page(s) that displays the applicable rate(s) for the work
4. A copy of the General Liability policy rate page(s) that displays the applicable rate(s) for the work
5. A copy of the Umbrella Liability policy rate page that displays the applicable rate for the work

☑ CERTIFICATE OF INSURANCE
Forward the sample provided in this packet to your company's Insurer, and request that they produce a matching certificate for your company. Have this certificate forwarded to Aon.



| **AON** Form-1a | **INSURANCE COST WORKSHEET** (Fixed Price Type Contracts) | **Louis Dreyfus Property Group** Station Place Project |
|---|---|---|

Page 1 of 2

### A. Subcontractor Information:

Federal ID # or Soc. Sec. #: 1

Company Name & dba:          ▼ **Business Information** (headquarters)        ▼ **Contact Information** (address questions to.)
Contact Name & Title:    2                                                3
Address:
City, State, Zip Code:
Telephone:
Fax:
E-mail Address:

### B. BID INFORMATION:

Description of Work:    2
Proposed Contract Price $:    3     Bid Package No.: 1
Amount of Self Performed Work $:    4     Are you Submitting a bid to Louis Dreyfus Property Group:    5  ☐ Yes   ☐ No
If No, identify to whom:    6

### C. Workers' Compensation Insurance Information for Work Described Above: (a) *(attach a separate sheet if necessary)*

| a State | b Class Code | c Description | d Rate (per $100 payroll) | e Man-hours | f Payroll | G WC Premium (Payroll * Rate / 100) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals** | | | | 2 | 3 | 4 |

Identify the Amount of Your Claim Retention    5
Your Company's Workers' Compensation Experience Modifier:    6
Modified Premium (line C4 x C6):    7
Employers Liability Rate:    8
Employers Liability Premium:    9

| 10 Modification & Discount Premium Factors | 11 Rate | 12 Amount |
|---|---|---|
| Mod 1: | + or - | |
| Mod 2: | + or - | |
| Mod 3: | + or - | |
| Mod 4: | + or - | |
| Mod 5: | + or - | |

Total Modification Amount *(Total of all amounts entered in column C12)*:    13
Total Workers' Compensation Premium *(line C7 + C9 + C13)*:    14

### D. General Liability: (a)

Rate:    1
2 Based On:    3 Rate factor:
☐ Total Payroll (C3)   ☐ Per 100    4  Identify the Amount of Your
☐ Contract Price (B3)  ☐ Per 1,000        Claim Retention:    5
☐ Other
GL Premium *(D2 x D1 + D3)*:

**Excess/Umbrella Liability:** (a)    Rate:    6
7 Based On:    8 Rate factor:
☐ Total Payroll (C3)  ☐ Per 100
☐ Contract Price (B3) ☐ Per 1,000    Excess/Umbr Premium
☐ Other              *(D7 x D6 + D8)*:    9

### E. Builder's Risk/Installation Floater – eliminated – not applicable to the Station Place I OCIP

### F. Other Insurance Premiums: (1) *(Enter total premium costs identified on page 2)*    1

### G. Totals

Total of all Insurance Premiums *(Total of lines C14 +D5 + D9 + E3 + F1)*:    1
Overhead & Profit on Insurance Prem. %:    2    15%    O/H & Profit Amount *(G1 x G2)*:    3
Total Initial Insurance Cost *(Total of lines G1 + G3)*:    4
Subcontractor's Initial Insurance Cost Rate *(Line G4 divided by total payroll in line C3 x 100)*:    5

### H. Signature Block : I verify the information presented above and attachments are correct

Name: _____    Date: _____
        *(please print)*
Title: _____    Signature: _____

Completion of this form is a required part of your bid and must accompany your bid documents. Complete a separate form for each contractor, known subcontractor(s) and trades not currently awarded to a subcontractor. Duplicate this form as needed.

(a) Please provide copies of the following documents to support your insurance cost calculations:
☑ Schedule of Values                        ☑ General Liability declaration and rate pages
☑ Workers' Compensation declaration and rate pages   ☑ Umbrella/Excess Liability declaration and rate pages

D2

**AON** Form-3

## Enrollment Application
Numbers reference attached instructions

**Louis Dreyfus Property Group**
Station Place Project
Page 1 of 3

Examine your current Workers' Compensation and General Liability Policies or contact your Insurance Agent to assist you with completing this form. *** NOTICE *** Enrollment is not automatic and requires the satisfactory completion of the Aon Form-1a or Form-1b, Form-2 and Form-3. In addition, submit a Certificate of Insurance providing evidence of your *off-site* coverage. Please refer to the Insurance Manual for coverage requirements.

**A. Subcontractor Information:**                    Federal ID # or Soc. Sec. #: ⁱ

| ▾ Business Information *(headquarters)* ² | ▾ Contact Information *(address questions to..)* ³ |
|---|---|

Company Name & dba:
Contact Name & Title:
Address:
City, State Zip Code:
Telephone:
Fax:
E.mail Address:

Indicate your Organization's Structure: ⁴   ☐ Corporation   ☐ Partnership   ☐ S-Corporation
☐ Joint Venture   ☐ Sole Proprietor   ☐ Other _____

## B. CONTRACT INFORMATION:

Contract No.: ¹
Date Contract Awarded: ²
Description of Work: ³
Proposed Contract Price $: ⁴        Are you Submitting a bid to Louis Dreyfus Property Group: ⁶  ☐ Yes  ☐ No
Amount of Self Performed Work $: ⁵        If No, identify to whom: ⁷
Start Date: ⁷   ☐ Actual   ☐ Estimated        Completion Date: ⁸   ☐ Actual   ☐ Estimated

**C. Contacts:** *(Complete if Applicable)*

| Position | ¹ Name & Title | ² Phone | ³ Fax | ⁴ e.mail |
|---|---|---|---|---|
| Project Mngr: | | | | |
| Res. Engineer: | | | | |
| Insurance: | | | | |
| Contract Admin: | | | | |
| Payroll: | | | | |
| Claims: | | | | |
| Safety Rep: | | | | |

*Provide Location of payroll records if different than Corporate address:* ⁵
City, State, Zip Code:        Phone:
Fax:

**D. Workers' Compensation Insurance Information for Work Described Above:** *(attach a separate sheet if necessary)*

| a State | b Class Code | c Description | d Man-hours | e Payroll |
|---|---|---|---|---|
| ¹ | | | | |
| | | | | |
| | | Totals | ² | ³ |

**E. Provide your current *Off-Site* Workers' Compensation Information:** *(for each state you will perform work in)*

| Applicable State | Risk ID Number | Rating Bureau | Anniversary Rating Date |
|---|---|---|---|
| ¹ | ² | ³ | ⁴ |

Your WC Insurance Carrier: ⁵
Policy #: ⁶        Effective Date: ⁷        Expiration Date: ⁸

INITIAL

D 2

# Enrollment Application

**AON** Form-3

Numbers reference attached instructions

**Louis Dreyfus Property Group**
Station Place Project.
Page 2 of 3

**F. Subcontract Information:** List all Subcontractors that will be working for you on this project (complete the information in the following table). Use additional paper if necessary:

| 1<br>Subcontractor | 2<br>Subcontract $ | 3<br>Contact Person | 4<br>Address | 5<br>Phone Number | 6<br>Estimated Start Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**G. Enrollment Questions:** *Answer* each question. Use additional paper if necessary.

1. Will you have any off-site location(s) 100% dedicated to this project? ☐ Yes  ☐ No    If yes, please provide address:

2. Please check if:  ☐ Any aircraft used on this project  ☐ Any watercraft used on this project

3. Please indicate if labor from the following sources will be used:  ☐ Employee Leasing Firm  ☐ Temporary Labor Agency

4.

5.

6.

7.

**H.**                    **WARRANTY  applicable to program insurance coverage**

1. Premiums for this Program are the responsibility of *Louis Dreyfus Property Group* and I agree any and all return of premium, dividends, discounts, or other adjustments to any Program policy(ies) is assigned, transferred and set over absolutely to *Louis Dreyfus Property Group*. This assignment applies to the Program policy(ies) as now written or as subsequently modified, rewritten or replaced. Rights of Cancellation for all Program insurance policy(ies) arranged by *Louis Dreyfus Property Group* are assigned to *Louis Dreyfus Property Group*.

2. I will pay the cost of premium(s) for non-Program insurance coverage, specified in the Contract Documents.

3. I authorized the release of all claim information for all insurance policies under this Program.

4. It is my responsibility to notify my insurance carrier(s) that I am enrolling in this Program.

5. I have **included** in my bid the insurance costs for the coverage provided by *Louis Dreyfus Property Group*. I further agree to permit the Insurance Representative of the Owner to verify the Insurance Cost Rate as described in the Insurance Manual.

6. The statements in this insurance application are true to the best of my knowledge.

**I.  Signature Block :** I verify the information presented above and attachments are correct:

Name: _____    Date: _____
              **(please print)**

Title: _____    Signature: _____

**Fax or Mail to:**        Natalie Kane

        Aon Risk Services, Inc. of MA        Phone:  617-457-7618

        99 High Street        Fax:  617-210-4939

        Boston, MA  02110



D4

| ACORD© | CERTIFICATE OF INSURANCE | ISSUE DATE: CURRENT DATE |
|---|---|---|

**PRODUCER**
Insurance Agent's Name
And Address

**TELEPHONE #**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW

**COMPANIES AFFORDING COVERAGE**

**INSURED**

Subcontractor's Name and Address

Sample Certificate for Enrolled Subcontractors

Required Insurance

COMPANY A LETTER     INSURANCE CARRIER

COMPANY B LETTER

COMPANY C LETTER

COMPANY D LETTER

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NO. | POLICY EFF. DATE MM/DD/YY | POLICY EXP. DATE MM/DD/YY | ALL LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>☒ COMMERCIAL GEN. LIABILITY<br>☐ CLAIMS MADE  ☒ OCCUR.<br>☐ OWNER'S & CONTRACTOR'S PROT.<br>☒ PER PROJECT AGGREGATE ENDORSEMENT | Policy Number | | | GENERAL AGGREGATE<br>PRODUCTS-COMP/OPS AGGREGATE<br>PERSONAL & ADVERTISING INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MEDICAL EXPENSE (Any one person) | $2,000,000<br>$1,000,000<br>$1,000,000<br>$1,000,000<br>$50,000<br>$5,000 |
| A | AUTOMOBILE LIABILITY<br>☒ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☒ HIRED AUTOS<br>☒ NON-OWNED AUTOS | Policy Number | | | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE | $1,000,000 |
| A | EXCESS LIABILITY<br>☒ UMBRELLA<br>☐ OTHER THAN UMBRELLA FORM | Policy Number | | | EACH OCCURRENCE<br>AGGREGATE | $5,000,000<br>$5,000,000 |
| A | WORKERS' COMPENSATION<br>AND<br>EMPLOYER'S LIABILITY | Policy Number | | | STATUTORY LIMITS ☒  MA<br>(Each accident)<br>(Disease-policy limit)<br>(Disease-each employee) | $100,000<br>$500,000<br>$100,000 |
| A | OTHER:  EQUIPMENT FLOATER | Policy Number | | | Limit equal to Full Coverage of Contractor's owned or rented machinery, equipment, tools, & temp. structures not designed to become a permanent part of the Work | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS:  RE: Work performed at the Station Place Project. Certificates Holders are Additional Insured on a Primary and Non-contributing basis on the General Liability, Automobile and Excess/Umbrella Liability Policies.  Waiver of Subrogation in favor of Certificate Holders applies to all policies. GL and WC coverage apply off-site.

**CERTIFICATE HOLDER**

Louis Dreyfus Property Group,
J.A. Jones/Tompkins Builders, Inc.
and All Enrolled Subcontractors
c/o Aon Risk Services, Inc. of MA
Attention: Natalie Kane
99 High Street
Boston, MA  02110

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ~~ENDEAVOR TO~~ MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, ~~BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.~~

**AUTHORIZED REPRESENTATIVE**
By:      (original signature)

ACORD 25-S (3/93)

© ACORD CORPORATION 1993

On a monthly date (the 20th of each month unless otherwise indicated) and in the form specified by Contractor, Subcontractor shall submit to Contractor a requisition for payment showing the proportionate value of the Work performed through a current monthly date specified by Contractor, less a retention of _____ TEN _____ percent ( 10 %) of such value and less all prior requisitions by Subcontractor. No payment shall be made to Subcontractor unless the requisition is submitted in the form specified by Contractor. Contractor shall pay Subcontractor, within a reasonable period of time after payment is received by Contractor, the approved value of Subcontractor's Work covered by each requisition, less the retention and all prior requisitions as provided above and less all other amounts which Contractor is entitled to retain or deduct in accordance with this Subcontract. Subcontractor acknowledges and agrees that receipt of payment by Contractor from Principal is an express condition precedent to Subcontractor's right to receive any payments from Contractor for or arising out of the Work performed pursuant to this Subcontract. If for any reason whatsoever Contractor does not receive payment from Principal, Contractor shall have no obligation to make payment to Subcontractor.

Before the first requisition for payment, Subcontractor shall submit to Contractor a schedule of values for the entire Subcontract allocated to various portions of the work, prepared in such form, to the level of detail, and supported by such data to substantiate its accuracy as Principal, Architect or Owner my require. Overhead and profit shall be distributed into each item of the Work. Contractor and/or Principal shall have the right to require Subcontractor to alter the value or add/delete categories listed on the schedule of values at any time if (a) the schedule of values appears to be incorrect or unbalanced, (b) a revision of the segregation of values is required due to Subcontractor revising the sequence of construction or assembly of building components which in turn invalidates the schedule of values, or (c) Change Orders are issued to Subcontractor. The sum of the parts of the schedule of values shall total to the Subcontract Sum. This schedule, unless objected to by Contractor, Principal, Architect or Owner, shall be used as a basis for reviewing Subcontractor's requisition for payment. The minimum level of breakdown and order on the requisition for payment will be (a) bond costs, if applicable, (b) general conditions line item(s), (c) major portions of the Work broken down into labor and material line items, (d) mobilization and demobilization, (e) warranties and manuals, and (f) a listing of approved and executed Change Orders to the Subcontract, if any, in sequential order.

Subcontractor will be entitled to payment for stored materials off site only if and to the extent Contractor is entitled to payment for stored materials off site. Subcontractor is required to correlate the documentation for payment of stored materials requested in the requisition for payment against the agreed-upon breakdown of the schedule of values. Contractor reserves the right to not process the requisition for payment if this correlation has not bee submitted in conjunction with the requisition.

Contractor may, in its sole discretion, make payments to Subcontractor at earlier times or in larger amounts than provided herein. Contractor may also, in its sole discretion, make payments directly to sub-subcontractors, labor and/or material suppliers of Subcontractor to satisfy claims and/or liens, by joint check or otherwise, and deduct the amount of any such payments from amounts due or to become due to Subcontractor under this Subcontract. At the time of presenting each monthly requisition, Subcontractor shall furnish Contractor with evidence satisfactory to Contractor that all labor, materials, and other costs for which Subcontractor received payment from Contractor have been paid in full.

Contractor shall be entitled to withhold payments for (a) equitable value of changes made in Subcontractor's Work that reduces its Subcontract price, (b) amounts withheld by Owner or Principal applicable to Subcontractor's Work, (c) damages incurred through delay by Subcontractor, and (d) damages incurred to remedy a default by Subcontractor. If the amounts for such withholding are in excess of the payments due Subcontractor, then Subcontractor shall promptly pay the total amount of any such excess to Contractor. This remedy shall be in addition to any other remedies provided for elsewhere in this Subcontract or existing at law or in equity.

Final payment shall be made to Subcontractor within a reasonable period of time after the last of the following events to occur: (a) final acceptance of all Work by Contractor, Principal and Owner, (b) receipt of evidence satisfactory to Contractor that all costs incurred by Subcontractor in performance of the Work have been paid in full, (c) execution and delivery by Subcontractor of a general release and final waiver of lien, in the form specified by Contractor, and (d) receipt of payment in full by Contractor from Principal, it being expressly understood by Subcontractor that receipt of payment by Contractor from Principal is a condition precedent to Subcontractor's right to receive any payment from Contractor under this Subcontract.



No payment made under this Subcontract shall constitute evidence of partial or complete performance of this Subcontract or acceptance of the Work, nor shall entrance by or use of all or any part of the Work by Contractor, Principal or Owner constitute acceptance of the Work.

## ARTICLE 3 – CONTRACT DOCUMENTS

The Principal Contract, and all drawings, specifications, addenda, general, special and supplementary conditions, and other do cuments forming o r by r eference made a p art o f t he P rincipal Contract, a re hereby made a p art o f t his Subcontract and are herein called the "Contract Documents." The Contract Documents are available for review by Subcontractor at the offices of Contractor and/or Principal upon request. Subcontractor represents that it has examined the Contract Documents, has investigated the Work and is familiar with all conditions of the Project affecting the Work, has verified all information furnished by Contractor, and is fully qualified to perform the Work.

Subcontractor shall be bound by, and expressly assumes for the benefit of Contractor, all obligations and liabilities, which the Contract Documents impose upon Contractor in connection with the Work. Contractor shall have the same rights and remedies against Subcontractor as Principal has against Contractor under the Contract Documents.

## ARTICLE 4 – TIME OF COMPLETION AND SCHEDULE

Time is of the essence in this Subcontract. Subcontractor shall comply with the schedules and completion dates set forth in the Contract Documents, as revised during construction, and with all schedules issued by Principal or Contractor. Subcontractor shall secure all necessary information and approvals, and plan, purchase, fabricate and do all things necessary to comply with the schedules and completion dates. Subcontractor shall coordinate its Work under the Subcontract with the work of the Contractor, Principal and all other contractors and subcontractors on the Project in order to comply with the schedules and completion dates.

If Subcontractor delays the material progress of the Project, Subcontractor shall indemnify and hold harmless Contractor, Principal and Owner from liability for any and all damages, costs and expenses (including attorneys' fees) incurred by Contractor, Principal, and Owner because of any such delay.

When directed by Contractor, Subcontractor shall increase manpower, work additional hours and shifts, work weekends and holidays, and expedite equipment and material deliveries to the extent necessary, in Contractor's opinion, to comply with Subcontractor's obligations under this Article, at not cost to Contractor.

If Subcontractor shall be delay in the performance of the Work by any cause beyond its control or not within its reasonable control to avoid, Subcontractor shall promptly notify Contractor in writing. The time of completion of the Work under the Subcontract shall be extended only to the extent that the time of completion is extended y Principal or Owner under the Contract Documents. An extension of time is the sole and exclusive remedy of Subcontractor for any delay to the performance of its Work, except to the extent that Contractor actually receives additional compensation on behalf of Subcontractor from Principal or Owner due to delay or suspension of the Work.

## ARTICLE 5 – CHANGES IN WORK

Subcontractor shall make changes in the Work as directed by written order from Contractor. Subcontractor shall not make changes in the Work unless so directed or approved in writing by Contractor prior to beginning any change to the Work.

If any change causes an increase or decrease in Subcontractor's cost or time required for performance of the Work, an equitable adjustment shall be made to the Subcontract Price and/or time of completion and this Subcontract modified in writing. Any request by Subcontractor for an adjustment in the Subcontract Price or time must be submitted to Contractor in itemized written form within seven (7) calendar days from date of receipt by Subcontractor of notification of a change. Pending a determination of the adjustment, if any, Subcontractor shall proceed with the Work as changed and m aintain daily records during the p erformance of the change indicating the n ame of each



employee, number of hours worked, the equipment and materials used, and a description of the work performed each day in connection with the change.

In the event of changes in the Work ordered by Principal or Owner, or other conduct of the Principal and/or Owner which increase Subcontractor's cost or time of performance, Contractor shall not be obligated to pay Subcontractor a greater sum than the Contractor is paid by the Principal and/or Owner for any such change or conduct, less reasonable overhead and profit to Contractor. In the even of deletions in the Work ordered by Principal or Owner, the amount of

the deduction imposed upon Contractor by the Contract Documents for such deletion shall be deducted from the amount of the Subcontract Price.

If Contractor receives a claim from Subcontractor due to changes ordered by Principal or Owner or due to other conduct of the Principal and/or Owner, Contractor will submit the claim to Principal and/or Owner for processing in accordance with the Contract Documents. The submission of a claim to Principal and/or Owner on behalf of Subcontractor shall not be deemed an admission by Contractor, nor raise any presumption as to the validity or correctness of Subcontractor's claim. Subcontractor shall bear all expenses and burden of pursuing and proving its claim.

## ARTICLE 6 – TERMINATION FOR DEFAULT

In the event Subcontractor should become bankrupt, insolvent, fail to pay for materials or services for which it has received payment from Contractor, make an assignment or arrangement for creditors, refuse or neglect to prosecute the Work properly and diligently, or fail to perform any of the provisions of this Subcontract, Contractor shall notify Subcontractor in writing of the default(s) and, after seventy-two (72) hours Contractor may at its option cease making any further payment to Subcontractor, terminate Subcontractor's right to proceed with all or any part of the Work, take possession thereof and of all materials, equipment and supplies, and complete the terminated Work by such means as Contractor sees fit, at the cost and expense of Subcontractor. In any such event, Contractor may recover from Subcontractor the total amount of any loss or damage incurred as a result of such default, including reasonable attorney's fees, and deduct any of the foregoing amounts from payments otherwise due or to become due to Subcontractor. If the damages incurred as a result of such default are in excess of the payments due Subcontractor, then Subcontractor or its surety shall promptly pay the total amount of any such excess to Contractor. These remedies for default are in addition to any other rights or remedies of Contractor elsewhere in this Subcontract or existing at law or in equity.

## ARTICLE 7 – SUBLETTING AND ASSIGNMENT

Subcontractor shall not assign this Subcontract, or sublet or subcontract any part of the Work, or assign the right to receive any payments due or to become due hereunder without prior written consent of Contractor, and Contractor's consent to any such assignment or subcontract shall not relieve Subcontractor of any liability for the full and complete performance of this Subcontract.

## ARTICLE 8 – INSURANCE

Subcontractor shall procure and maintain all insurance coverage required by the Contract Documents, but not less than the following: (1) insurance as required under the applicable Workers' Compensation and Occupational Safety and Health Acts; (2) Comprehensive General Liability Insurance, including contractual liability coverage of the indemnification clauses stated herein, with limits not less than $1,000,000 per occurrence; (3) Contractor's Protective

Liability Insurance with limits not less than $500,000, if any of the Work is to be sublet; (4) Completed Operations coverage; (5) Automobile Liability Insurance with limits not less than $500,000; and (6) Installation Floater Property Insurance with limits not less than $500,000. General Liability and Automobile Liability Insurance limits may be attained by individual policies or by a combination of underlying policies with umbrella and/or excess liability policies.



Contractor, Principal and Owner shall be named as additional insureds under the policies of insurance required by the Contract Documents (except for Workers' Compensation) and shall be afforded the same coverage under the policies as Subcontractor. Certificates of such insurance shall be filed with Contractor *prior* to the commencement of any Work by Subcontractor, shall be subject to approval of Contractor, and shall provide for thirty (30) days' written notice to Contractor of changes in or cancellation of any such insurance. No payment under this Subcontract shall be made to Subcontractor until the required certificates of insurance have been filed with Contractor.

The General Liability Insurance must be primary and not excess over and not contributory with any other insurance of Principal or Contractor. Subcontractor and its insurance carriers waive subrogation rights against Contractor, Principal, Owner and their insurance carriers for losses covered by Subcontractor's insurance, and will include this same requirement in contracts with its subcontractors and suppliers. If the policies of insurance referred to in this paragraph require an endorsement to provide for continued coverage where there is a waiver of subrogation, Subcontractor will cause them to be so endorsed.

## ARTICLE 9 – INDEMNIFICATION

Subcontractor shall defend, indemnify and save harmless the Owner, Principal, and Contractor, and their officers and employees, from all claims, loss, damage, injury, liability, costs and expenses of whatsoever kind or nature (including attorneys' fees) arising out of this Subcontract or attributable to the Work performed under this Subcontract, except to the extent that such claim, loss, damage, injury or liability is caused by the sole negligence of a party indemnified hereunder. Subcontractor's indemnity obligations under this Subcontract shall not be limited by the provisions of any Workers' Compensation or similar acts. In the event that the indemnification required under this Article is prohibited by law, Subcontractor shall indemnify Contractor to the fullest extent permitted by law.

## ARTICLE 10 – SAFETY

Subcontractor is solely responsible for the health and safety of its employees, agents, subcontractors, and other persons on and adjacent to the Project site. Subcontractor shall take all necessary and prudent safety precautions with respect to its Work and shall comply with ALL safety programs and measures initiated by Contractor, Principal, and owner and with all applicable laws, ordinances, rules, regulations and orders of any public authority for the safety of persons or property, including, but not limited to, OSHA Standard 1926.59 for a Hazardous Communication Standard Policy. Subcontractor and all of its subcontractors shall submit Material Safety Data Sheets ("MSDS") and Hazardous Substance Survey Forms ("HSSF") for all materials for which the MSDS and the HSSF are required by OSHA prior to bringing such materials onto the Project site. Subcontractor agrees to cooperate with Contractor, Principal and Owner on any overall Substance Abuse Program instituted for the Project, and will provide a copy of its own Substance Abuse Policy, if any, to Contractor and Principal prior to commencement of Work.

Subcontractor shall assign a competent safety representative (a) who is certified both in first aid and CPR, (b) who is capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees and the public, and (c) who has authorization to take prompt corrective measures to insure the safety of Subcontractor's work areas. Subcontractor's safety representative shall submit Subcontractor's safety plan to Contractor for review prior to the commencement of any work activities on the Project site and shall report within one (1) day to Contractor any injury to any of Subcontractor's employees at the site and all precautions taken to eliminate the cause of each accident.

As an expert in Subcontractor's field of work, Subcontractor's safety representative has sole control over all requirements for doing the work safely, and Contractor is not responsible in any manner for the safety of Subcontractor's Work. If Subcontractor fails to correct unsafe procedures, acts, or conditions within twenty-four (24) hours of notification by Contractor or any public authority, however, Contractor may (but has no contractual obligation to do so) correct the unsafe practice and backcharge the Subcontractor for these costs plus ten percent (10%) for overhead, ten percent (10%) for profit, and twenty percent (20%) for a "safety premium." This specifically includes but is not limited to the cleanup of Subcontractor's construction debris and the replacement of standard railings or barricades removed by Subcontractor's employees. Repeated failures to correct unsafe practices will result in default and termination of this Subcontract pursuant to Article 6 of this Subcontract and without any further notice to Subcontractor. In the event Contractor receives a penalty from OSHA as a result of a violation of OSHA Standards



by Subcontractor and Contractor is cited under the multi-employer work site rule, Subcontractor agrees to protect, defend, indemnify and hold harmless Contractor from the imposition of any fines and/or penalties by OSHA.

## ARTICLE 11 – GUARANTEES

Subcontractor shall protect the Work until final acceptance thereof by Principal and Owner, and shall warrant and guarantee for a period of one (1) year after such acceptance, or for such longer period thereafter as may be provided in the Contract Documents, that the Work shall be free from defects in workmanship and materials, and shall develop the ratings, capacities and characteristics specified in the Contract Documents.

Without limiting the foregoing, Subcontractor agrees to assign to Contractor and/or Owner any and all guarantees or warranties of manufacturers or suppliers of equipment and material under this Subcontract. Subcontractor shall also execute such separate guarantees directly for the benefit of Owner as may be required by the Contract Documents.

Subcontractor shall remove, replace and/or repair at is won expense and at the convenience of Owner, Principal and Contractor any non-conforming or defective Work or Work which fails to comply with the Contract Documents. Subcontractor shall also pay all costs necessary to remove, replace and/or repair any other work or property which may be damaged in removing, replacing or repairing the Work, and shall reimburse Contractor for any loss or damage sustained by Contractor arising out of the non-conforming or defective Work.

## ARTICLE 12 – PERSONNEL

Subcontractor shall employ such labor as will ensure that the work of Contractor, Principal or any other contractor or subcontractor on the Project will not be interrupted, delayed or hindered by a labor controversy or dispute of any kind. Failure to do so shall constitute default by Subcontractor under Article 6 of this Subcontract. Labor controversies and disputes between Subcontractor, its employees and/or any other contractors or subcontractors on the Project shall not be a basis for an extension of time under the Subcontract or otherwise relieve Subcontractor of its obligation under the Subcontract.

## ARTICLE 13 – PAYMENT AND PERFORMANCE BONDS

Contractor may require Subcontractor to provide payment and performance bonds at any time, each in the full amount of the Subcontract Price, in a form and with sureties acceptable to Contractor, dated as of the date of this Subcontract. Failure by Subcontractor to furnish such bonds within five (5) days after written notice from Contractor shall, at the option of Contractor and without further notice, constitute a default under Article 6 of this Subcontract. No payment under t his S ubcontract s hall be m ade t o S ubcontractor u ntil S ubcontractor h as f urnished t he b onds r equested b y Contractor.

## ARTICLE 14 – PATENTS

Subcontractors shall defend, indemnify and save harmless Contractor, Principal and Owner against liability for all damages, loss and expenses, including attorneys' fees, sustained by reason of any patent infringement claims arising out of the Work.



## ARTICLE 15 – REMOVAL OF RUBBISH

Subcontractor shall keep the Project free at all times from accumulation of scrap, rubbish and debris resulting from the Work. At the time of completion, Subcontractor shall clean the Work in the manner required by the Contract Documents. Subcontractor shall remove from work performed by others at the Project all dirt and other matter resulting from execution of the Work.

If Contractor notifies Subcontractor that it is delinquent in its obligations of cleanup or rubbish removal and Subcontractor fails to remedy such delinquency in a timely manner, Contractor and/or Principal have the right to take whatever steps necessary to remedy such delinquency. Subcontractor shall then be backcharged for all costs of such remedy.

## ARTICLE 16 – USE OF CONTRACTOR'S TOOLS AND EQUIPMENT

Whenever Subcontractor shall use any hoist, scaffold, derrick, material, tools or equipment owned and/or furnished by Owner, Principal or Contractor, Subcontractor shall satisfy itself as to the safety and legal use thereof to the same extent as if it were owned by and in the sole control of Subcontractor. Subcontractor assumes full responsibility for the use and safety of any borrowed hoist, scaffold, derrick, materials, tools and equipment, and hereby agrees to defend, indemnify and hold harmless Owner, Principal and Contractor for any claims and damages caused by or arising out of the use thereof by Subcontractor, its agents, employees and sub-subcontractors.

## ARTICLE 17 – ITERPRETATION

Interpretation of the Contract Documents is governed by the provisions of the Contract Documents, and Contractor shall not be responsible to Subcontractor for interpretations of the Contract Documents by employees or agents of Contractor, unless the interpretation is expressly provided in writing to Subcontractor by Contractor's authorized representative.

Should a dispute arise as to the scope of work required by Subcontractor under the Contract Documents, Subcontractor shall perform all disputed work promptly upon written direction of an authorized representative of Contractor. Subcontractor shall submit a fully documented and itemized claim for any adjustment to the Subcontract Price and/or time to Contractor within seven (7) calendar days from date of receipt of such written direction, and such claim shall be processed and disposed of in accordance with Article 5 as though it were a change in the Work.

## ARTICLE 18 – DISPUTES

In the event of any dispute between Contractor and Subcontractor due to any conduct of Owner or Principal or involving the Contract Documents, Subcontractor shall be bound to any disputes procedure to which Contractor is bound under the Contract Documents and to any decision rendered thereunder, provided that Subcontractor is given notice that such dispute procedure has been demanded by any party, whether or not Subcontractor elects to participate in such procedure. Subcontractor shall bear the burden of proving its claims and refuting claims made against it through Contractor by Owner or Principal and shall bear all of its costs, expenses and attorneys' fees in connection therewith.

Any dispute between Contractor and Subcontractor arising out of this Subcontract or breach thereof, but not involving the Owner, Principal or Contract Documents, may, at the option of Contractor, be submitted to arbitration in accordance with the Construction Industry Rules of the American Arbitration Association. Any arbitration proceeding instituted under this paragraph or under any disputes procedure in the Contract Documents may be consolidated at the option of Contractor with any other arbitration proceeding then or thereafter pending between Contractor and any other person if the respective arbitrations arise out of common questions of fact or law. The decision of the arbitrator(s) shall be final and binding upon the parties and a judgement upon any award rendered may be entered in any court of competent jurisdiction.



## ARTICLE 19 – SHOP DRAWINGS & CATALOGS (SUBMITTALS)

Timely and accurate submittal of shop drawings, other submittal documents, and as-built record drawings is of the essence of this Subcontract. Subcontractor shall submit in the number of copies and format as directed by Contractor all shop drawings, calculations, data, catalogue cuts, drawings, equipment lists and other submittal documents required by the Contract Documents not later than forty-five (45) days prior to the scheduled commencement of the relevant portion of the Work or such earlier date as requested by Contractor. Such submittal documents shall clearly identify the Project name, the Contractor, the Subcontractor, the manufacturer of the submitted product, the contract drawings and specifications to which the submittal is applicable, the specific materials, equipment and arrangement proposed, and relevant performance data. Subcontractor shall cooperate with Contractor in providing the information necessary to produce a submittal register of all items requiring submittals. This submittal register shall include (a) specification section number, (b) description, (c) submittal type (sample, shop drawing, warranty, etc.), (d) scheduled date for initial submittal, and (e) number of days required for fabrication and delivery once an approved submittal is returned to Contractor.

Submittal documents shall comply with the Contract Documents except for deviations approved in writing by Owner, Principal and Contractor. Each submittal shall be accompanied by a transmittal, which explicitly states that there are no deviations from the requirements of the Contract Documents, except those deviations for which approval is requested. In the event approval of a deviation is not granted, Subcontractor shall promptly correct the submittal documents and proceed as required by the Contract Documents so as not to delay performance of the Work.

Subcontractor shall furnish Contractor with detailed as-built/record drawings, which fully describe the actual installation performed under this Subcontract. As-built/record drawings shall be in the format and in the level of detail as required by Owner, Principal and Contractor.

## ARTICLE 20 – MAINTENANCE AND OPERATING INSTRUCTIONS

Subcontractor shall submit maintenance and operating instructions in the number and within the time required by the Contract Documents. Such instructions shall include all equipment, materials and systems provided under the Subcontract, and shall include an index, the name and address of Subcontractor and each manufacturer, wiring diagrams, parts lists, assembly drawings, instructions for check-out and start-up, and instructions for maintenance and operation.

Contractor may withhold ten percent (10%) of the Subcontract Price, in addition to retention under Article 2, pending receipt and acceptance by Owner of maintenance and operating instructions.

Subcontractor shall provide, at its cost, qualified personnel to perform start-up of the equipment provided by Subcontractor under this Subcontract, and to provide instructions on maintenance and operation to personnel of Owner as required by the Contract Documents.

## ARTICLE 21 – WORK AND SUBCONTRACT PRICE

**Description of Work:**

See Attachment "A" (Scope of Work)
See Attachment "B" (Drawing List)
See Attachment "C" (Subcontractor Requisition Form)
See Attachment "D" (OCIP Enrollment)

Please Provide a Payment & Performance Bond ** At the option of the Contractor, Subcontractor shall supply a 100% Payment & Performance Bond. A change order will be issued increasing the contract amount by your cost, not to exceed 1%, $17,500.00.

Subcontract Price: _____One million seven hundred fifty thousand_____ Dollars ($ 1,750,000.00 )



8 of 10

## ARTICLE 19 – SHOP DRAWINGS & CATALOGS (SUBMITTALS)

Timely and accurate submittal of shop drawings, other submittal documents, and as-built record drawings is of the essence of this Subcontract. Subcontractor shall submit in the number of copies and format as directed by Contractor all shop drawings, calculations, data, catalogue cuts, drawings, equipment lists and other submittal documents required by the Contract Documents not later than forty-five (45) days prior to the scheduled commencement of the relevant portion of the Work or such earlier date as requested by Contractor. Such submittal documents shall clearly identify the Project name, the Contractor, the Subcontractor, the manufacturer of the submitted product, the contract drawings and specifications to which the submittal is applicable, the specific materials, equipment and arrangement proposed, and relevant performance data. Subcontractor shall cooperate with Contractor in providing the information necessary to produce a submittal register of all items requiring submittals. This submittal register shall include (a) specification section number, (b) description, (c) submittal type (sample, shop drawing, warranty, etc.), (d) scheduled date for initial submittal, and (e) number of days required for fabrication and delivery once an approved submittal is returned to Contractor.

Submittal documents shall comply with the Contract Documents except for deviations approved in writing by Owner, Principal and Contractor. Each submittal shall be accompanied by a transmittal, which explicitly states that there are no deviations from the requirements of the Contract Documents, except those deviations for which approval is requested. In the event approval of a deviation is not granted, Subcontractor shall promptly correct the submittal documents and proceed as required by the Contract Documents so as not to delay performance of the Work.

Subcontractor shall furnish Contractor with detailed as-built/record drawings, which fully describe the actual installation performed under this Subcontract. As-built/record drawings shall be in the format and in the level of detail as required by Owner, Principal and Contractor.

## ARTICLE 20 – MAINTENANCE AND OPERATING INSTRUCTIONS

Subcontractor shall submit maintenance and operating instructions in the number and within the time required by the Contract Documents. Such instructions shall include all equipment, materials and systems provided under the Subcontract, and shall include an index, the name and address of Subcontractor and each manufacturer, wiring diagrams, parts lists, assembly drawings, instructions for check-out and start-up, and instructions for maintenance and operation.

Contractor may withhold ten percent (10%) of the Subcontract Price, in addition to retention under Article 2, pending receipt and acceptance by Owner of maintenance and operating instructions.

Subcontractor shall provide, at its cost, qualified personnel to perform start-up of the equipment provided by Subcontractor under this Subcontract, and to provide instructions on maintenance and operation to personnel of Owner as required by the Contract Documents.

## ARTICLE 21 – WORK AND SUBCONTRACT PRICE

**Description of Work:**

See Attachment "A" (Scope of Work)
See Attachment "B" (Drawing List)
See Attachment "C" (Subcontractor Requisition Form)
See Attachment "D" (OCIP Enrollment)

Please Provide a Payment & Performance Bond ** At the option of the Contractor, Subcontractor shall supply a 100% Payment & Performance Bond. A change order will be issued increasing the contract amount by your cost, not to exceed 1%, $17,500.00.

Subcontract Price: ___One million seven hundred fifty thousand___ Dollars ($ 1,750,000.00 )



IN WITNESS WHEREOF, the parties hereto executed this Subcontract the day and year first above written.

Attest/Witness:

_____

LIMBACH COMPANY
(Contractor)

By: _____

Title: ~~DIRECTOR~~ Project Manager

WOODROW W. MOSSBURG III

1-9-03

Attest/Witness:

_____

_____
(Subcontractor) United Sheet Metal

Jimmie G. Roberts
President

By: _____

Title: _____



RIDER TO SUBCONTRACT AGREEMENT BETWEEN
THE LIMBACH COMPANY, L.L.C.
and UNITED SHEET METAL

The provisions of the Rider amend the terms and conditions of Subcontract
No.13503-010-014-4  for the (Project)   Station Place – Phase One  between **The Limbach
Company, L.L.C.** ("Contractor") and United Sheet Metal ("Subcontractor"). To the extent that
there are any conflicts or ambiguities between the provisions of the Rider and the terms and
conditions of the Subcontract Agreement, the provisions of the Rider shall prevail.

## SUBCONTRACT AGREEMENT

### ARTICLE 4 – TIME OF COMPLETION AND SCHEDULE

**Second Paragraph**
Line 3:  *Delete* "because of any" and in their place, *insert* "to the extent."
End of sentence:  *Add*, "is caused by the Subcontractor."

### ARTICLE 6 – TERMINATION FOR DEFAULT
Line 4:  After "seventy-two (72) hours", *insert*", if Subcontractor fails to commence
and continue correction of such default or neglect with diligence and
promptness."
Line 7:  *Insert* "reasonable" between "such" and "event".

### ARTICLE 9 – INDEMNIFICATION
Line 3:  *Insert* "**to the extent caused by the negligent acts or omissions of the
Subcontractor and**" between "fees" and "arising".

### ARTICLE 15 – REMOVAL OF RUBBISH

**Second paragraph**
Line 3:  *Insert* "**Upon further notice to Subcontractor,**" before "Subcontractor shall".

### ARTICLE 20 – MAINTENCE AND OPERATING INSTUCTIONS

**Second Paragraph**
*Delete* in its entirety.

IN WITNESS WHEREOF, and intending to be legally bound, the parties have executed this
Rider by their duly authorized representatives this _____ day or _____, 2003.

THE LIMBACH COMPANY, L.L.C.        UNITED SHEET METAL
(Contractor)                      (Subcontractor)

By: _____     By: _____  1-14-03

WOODROW W. MOSSBURG III               Jimmie G. Roberts
Title: DIRECTOR                   Title: _____ President



COPY



*Aon Risk Services*

*Construction Services Group*

March 28, 2003

Mr. Joe Polvinale, Sr.
United Sheet Metal, Inc.
51 Ritchie Road
Capitol Heights, MD 20743

**FYI**

Fax #:  (301) 336-0944

RE:     **Station Place I, Washington DC Project**
        **Owner Controlled Insurance Program (OCIP)**
        **Enrollment – Notification for Contract Number: 201079-031-001**
        **WC Policy Number: WA2-61D-004496-253**

Dear Mr. Polvinale, Sr.:

Welcome, you have been enrolled into the Station Place I, Washington DC Project's OCIP for Work performed under contract number 201079-031-001. Enclosed is a Certificate of Insurance evidencing your coverage for Worker's Compensation, General Liability, Excess & Umbrella. This coverage is only in effect while working at the Station Place I, Washington DC Project site. Your individual Workers Compensation policy will be sent to you as soon as it is received from the insurance carrier.

Included with this packet is a Claims Kit. We urge you to give one claim kit to each crew supervisor. Additional kits can be obtained by calling (617) 457-7618. Also enclosed are the mandatory state Workers Compensation Posting Notices. Please post these notices in a central location at the project site.

Some items you should be aware of include:

- ✓ Louis Dreyfus Property Group is responsible for all premium payments.
- ✓ Payroll Reports are required each month and must be submitted within 10 days. Submit payroll reports specifying zero payroll if no work was performed on-site.
- ✓ Adhere to all Safety Guidelines at all times.
- ✓ Your firm's Workers Compensation Experience Modifier will be affected by injuries sustained by your employee's and reported payroll.
- ✓ Report all claims in accordance with the Insurance Manual.
- ✓ Notify us of any of your subcontractors, of any tier, performing work onsite.
- ✓ Submit replacement Certificates of Insurance as your firm's policies expire.
- ✓ Complete a Notice of Work Completion (Aon Form-5) for you and your subcontractors at the time their work is completed and you are prepared to leave the site.

*Aon Risk Service, Inc. of Massachusetts*
99 High Street • Construction, 17th Floor • Boston, Massachusetts 02110 • Phone (617) 482-3100 • Fax (617) 210-4939

Rule 10for1v2 Dated 07/27
2892412005037

Enrollment – Notificati    or Contract Number: 201079-031-001
Page 2 of 4
March 28, 2003

On behalf of Louis Dreyfus Property Group, we wish you a safe and successful project! Please call us at (617) 457-7618 if you or your subcontractors have any questions or concerns.

Sincerely,

*Sandra L. Moore*

Sandra L. Moore
Wrap Up Associate

Enclosures    Certificate of Insurance
Claims Kit
Payroll Report

Cc: Karen Koontz, The PBM – Limbach Group
Doug Vaughn, J.A. Jones / Tompkins Builders

(301) 429-9582
(202) 898-2531

Rule 10oa1v2 Dated 07/22/2001
2l0924120050328084247

*Aon Risk Service, Inc. of Massachusetts*
99 High Street • Construction 17floor • Boston, Massachusetts 02110 • Phone (617) 482-3100 • Fax (617) 210-4939

The 1-800 CLAIMS SERVICE CENTER is open 24 hours a day including
Weekends and Holidays. For efficient ... have all the following
information available for the Customer ... vice Representative

**Liberty Mutual**

---

## *Call: 800-641-1723* ExPRSCall Wrap-Up Report Form *Fax: 877-441-0527*

### ACCOUNT INFORMATION

PROJECT NAME/ExPRS Call ACCOUNT NAME: **Louis Dreyfus (Station Place 1) 004496**

Contractor Name: **United Sheet Metal, Inc.**

### CLAIM INFORMATION

| Date/Time of Injury: | am pm | After the call, write claim number here: **WC** |
|---|---|---|

Is this claim work related?  Yes ☐  No ☐     Will the employee miss time from work?  Yes ☐  No ☐

### EMPLOYEE INFORMATION

| Employee's Social Security Number: | Employee's Name: |
|---|---|

Home Address: (Street)        (City)        (State)        (Zip)

Home Phone Number:              Male ☐  Female ☐

Date of Birth:        Marital Status: (check one)  Single ☐  Married ☐  Widowed ☐  Divorced ☐

Hire Date:        Number of Dependents:        Dependents Under 18:

Occupation:        Department Name:

State Hired:    Supervisor Name & Phone:

| Current Weekly Wage: | Hourly Wage: | Hours Worked Per Week: |
|---|---|---|
| Days Worked Per Week: | Hours Worked Per Day: | Employment Status: |
| Employer Report No.: | Employee ID No.: | Was Salary Continued: |

Was Employee Paid in Full for Date of Injury:        How often is employee paid:

| Education Level: | Any Prior WC Injuries: | OSHA Reference No.: |
|---|---|---|

### EMPLOYER INFORMATION

Contact Name, Telephone Number, and Title:

PROJECT/WORK
LOCATION:

Mailing Addr: **51 Ritchie Road Capitol Heights, MD  20743**

| Employer Location Code: | Employer SIC: |
|---|---|
| Employer FED ID: **52-0749391** | Employer Code: |

Nature of Business:

Policy Number: **WA2-61D-004496-253**

### ACCIDENT INFORMATION

Did the Accident Occur at the Work/Project Location?  Yes ☐  No ☐   If no, where did the accident occur?

Accident Address: (Street)        (City)        (State)        (Zip)

Nature of Accident:

Give a Full Description of the Accident: (Be As Complete As Possible)

Are Other WC Claims Involved?  Yes ☐  No ☐     Date and Time Reported to Employer:        am pm

ASC-3088 R2

B



AFFIDAVIT AND RELEASE
*PARTIAL PAYMENT*
# TOMPKINS BUILDERS, INC.
1333 H Street, NW, Suite 200
Washington, DC 20005
Telephone (202) 789-0770

Please return fully executed original

SUBCONTRACTOR/SUPPLIER/SELLER: _____

LOWER TIER SUBCONTRACTOR/SUPPLIER/SELLER: _____

SUBCONTRACT/PURCHASE ORDER FOR: _____
(General Caption Only)

LOWER TIER SUBCONTRACT/PURCHASE ORDER FOR: _____

SUBCONTRACT/PURCHASE ORDER NO.: _____    DATE: _____

LOWER TIER SUBCONTRACTOR/PURCHASE ORDER NO.: _____    DATE: _____

PROJECT NAME/LOCATION:    _____ SEC - Station Place - Building 1 _____

                         100 F Street, NE, Washington DC 20002 _____

The status of our account as of _____ (Date) is as follows:

Total value of materials furnished and/or work performed from beginning of job to date above is:    $_____

Less amount retained    $_____

Less total payments made to present time and applied against materials delivered and/or

work performed to date above:    $_____

Balance due:    $_____

In consideration of a Partial Payment, the undersigned, as a subcontractor, supplier, or lower tier subcontractor or supplier (a) covenants and warrants that all labor, materials, equipment, services, and other items, including without limitation, all payroll, sales and privilege taxes, furnished pursuant to the above subcontract or purchase order (and in the case of this affidavit and release being executed by the lower tier subcontractor or supplier, the lower tier subcontract or purchase order) have been paid for and warrants that, except for retainage and unpaid, unapproved changes and claims previously identified to Owner and Contractor, that there are no outstanding claims against the Owner and Contractor of the project and/or its' lenders and guarantors, or the project, except that persons or firms listed on the schedule on the reverse side of this page, if any, remain unpaid the amounts shown opposite their names, which persons or firms shall be promptly and duly paid from this partial payment; (b) releases the Company (and in the case of this affidavit and release being executed by the lower tier subcontractor or supplier, the subcontractor or supplier) and the company's surety (and in the case of this affidavit and release being executed by the lower tier subcontractor or supplier, the subcontractor's or supplier's surety) and the owner of the project and its lenders and guarantors from all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above mentioned subcontract or purchase order for the performance of work pursuant thereto through the date of the execution of this release; (c) waives and releases the Owner and its lenders and guarantors, Company and the Company's surety from any and all liens and rights of liens upon the premises described above, and upon the improvements through the date of the execution of this release; and (d) agrees to defend, indemnify, and hold harmless Owner and its lenders and guarantors, the Company and the Company's surety (and in the case of this affidavit and release being executed by the lower tier subcontractor or supplier, the subcontractor or supplier) from and against any claims, liens, causes of action for losses or expenses (including without limitation reasonable attorney's fees) should any such claim, lien or right of lien be asserted by the below named subcontractor or supplier or any of its or their laborers, material men or subcontractors (of any tier).

FIRM NAME: _____

BY: _____

TITLE: _____

DATE: _____

STATE OF: _____ )

COUNTY OF: _____ )

The individual who has before me signed the foregoing Affidavit and Release on the date shown,
being first duly sworn, deposes and says that he is authorized to execute the foregoing on behalf
of the said firm and that the statements contained therein are true.

Notary Public: _____
My Commission
Expires _____

Form ACT-SP1 11/05/03

(BOTH PAGES OF THIS FORM MUST BE COMPLETED)



**TOMPKINS**
BUILDERS, INC

AFFIDAVIT AND RELEASE
PARTIAL PAYMENT

Date: _____

The undersigned certifies under oath as follows: In connection with the following list of materials, equipment, supplies, services, and any other things furnished by us to the <u>SEC - Station Place - Building 1</u> job from the beginning of the project up to and including date of _____, we submit the following as a complete list of persons or firms from whom we purchased or rented materials, equipment, supplies, services and any other things and further state that none is of foreign origin or manufacture, except as allowed by the specifications.

| NAME OF PERSON OR FIRM | ARTICLE OR WORK FURNISHED | PRESENT BALANCE DUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Information required even if it is "NONE" or "N/A". If additional space is required, list on separate sheet.)

This is to further certify that we have not furnished to this project any materials or any other things from anyone other than those listed above, and that this list constitutes all indebtedness, other than direct payroll, incurred by us for this subcontract or purchase order through date shown above; that we have paid to all firms to whom we are indebted for this project all sums due them through the above date, except as noted above; that we have paid all payrolls in full and have submitted the necessary certified copies of same with the affidavit; that we have reported and paid all federal, state and local taxes, including unemployment and FICA in connection with the payrolls for this project and that this affidavit is made for the purpose of inducing the company (and in the case of this affidavit and release being executed by the lower tier subcontractor or supplier, the subcontractor or supplier), to make payments on account to us; and further that these funds will be used to liquidate all accounts outstanding against this project.

FIRM NAME: _____

BY: _____

TITLE: _____

DATE: _____

Form ACT-SP1 11/05/03