# ATTACHMENT 2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED SHEET METAL, INC. | * |
| Plaintiff | * |
| v. | * Civil Court Action No: 004942-04 |
| | Calendar #10 |
| EFS XI INC., et al. | * Judge Patricia A. Broderick |
| | Deadline for Discovery |
| | * Completion 6/30/05 |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER EXTENDING PRE-TRIAL DEADLINES BY CONSENT

UPON the foregoing Second Consent Motion to Extend Remaining Pretrial Deadlines, the same having been read and considered, it is by the Superior Court for the District of Columbia on this 6th day of June, 2005,

ORDERED, that the Second Consent Motion to Extend Remaining Pretrial Deadlines is hereby GRANTED; and it is

FURTHER ORDERED that the deadlines set forth in the Scheduling Order are hereby revised as follows:

| | |
|---|---|
| Close of discovery | 08/30/05 |
| Deadline for filing dispositive motions | 09/15/05 |
| Dispositive motions decided | 10/19/05 |
| ADR Period | 11/01/05 to 12/01/05 |
| Pretrial | To be scheduled at a later date on or after 1/31/06 |

*Patricia A. Broderick*
JUDGE, Superior Court for the District of Columbia

Signed in Chambers

FEB 18 2005

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

UNITED SHEET METAL, INC.         *

    Plaintiff                                *

v.                                              * Civil Court Action No:  004942-04
                                                   Calendar #10
EFS XI INC., et al.                      * Judge ~~James E. Boasberg~~ B RODERICK
                                                   Deadline for Discovery Completion 2/1/05
                                                *
    Defendants                          *

\* \* \* \* \* \* \* \* \* \* \*

ORDER *Extending pretrial deadlines*

UPON the foregoing Consent Motion to Extend Remaining Pretrial Deadlines, the same having been read and considered, it is by the Superior Court for the District of Columbia on this __14th__ day of __February__, 2005,

ORDERED, that the Consent Motion to Extend Remaining Pretrial Deadlines is hereby GRANTED; and it is

FURTHER ORDERED that the deadlines set forth in the Scheduling Order are hereby revised as follows:

| | |
|---|---|
| Close of discovery | 06/30/05 |
| Deadline for filing dispositive motions | 07/15/05 |
| Dispositive motions decided | 08/19/05 |
| ADR Period | 09/01/05 to 10/01/05 |
| Pretrial | To be scheduled at a later date on or after 11/30/05 |

*Patricia A. Broderick*
JUDGE, Superior Court for the District of Columbia

Signed in Chambers

DOCKETED FEB 17 2005
FILED FEB 17 2005
MAILED FEB 17 2005