**UNITED STATED DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** <br> **f/u/b** <br> **UNITED SHEET METAL, INC.** | * <br><br> * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:05cv01199 <br> JUDGE: Reggie B. Walton |
| **COAKLEY & WILLIAMS** <br> **CONSTRUCTION, INC., et al.** | * <br><br> * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING MOTION TO DIMISS COUNT II OF COMPLAINT**

Upon consideration of Defendants' Motion to Dismiss Court II of Complaint and Use Plaintiff, United Sheet Metal, Inc.'s Opposition thereto, it is

ORDERED that the Motion to Dismiss Count II of Complaint is denied.

Dated: _____  _____
JUDGE
United States District Court for the
District of Columbia

2

**Distribution to:**

Kenneth K. Sorteberg, Esquire
Roger C. Jones, Esquire
Nicole Lefcourt Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
Overlook Center, Suite 304
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA  22182