### 8th & I Cost Issues

#### Including but not limited to, the following

| Item | Amount |
|---|---|
| American Capitol - repainting and floor sealing | $49,618 |
| PJ Services - Additional Final Cleaning | $31,874 |
| Additional Project Clean up - Labor | $127,402 |
| Extended General Conditions | $366,033 |
| B&B Security - add security guard, perimeter mech. openings | $29,414 |
| Time Techologies | $1,250 |
| Mahogany, Inc. OT | $4,314 |
| C.R. Calderon - Repairs to drywal, ceilings etc. | $33,267 |
| C.R. Calderon - OT | $25,000 |
| Sunbelt Rental - Dehumidifier contractual requirement? | $13,213  chiller start-up delay? |
| Virginia Industrial - Temp Heat contractual requirement? | $31,360 |
| HCI CPM scheduling | $21,755 |
| Long Fence - LD trade off | $36,645 |
| Park Rug additional BEQ floor patching | $3,320 |
| Childs Landscaping - LD trade off | $26,617 |
| Davenport Insulation - Repair fire proofing | $3,300 |
| Total | $804,382 |

EXHIBIT
Richardson 90
8/29/05

EXHIBIT
2

8th & I Marine Barracks-

CWCI extra cost issues including but not limited to, the following:

1. Re- Painting work – 009-900 America Capitol – Painting repair work – walls, ceilings, access panels etc. $26,650.00, Premium Overtime painting work - $16,788.00, Stain mechanical and storage room floors due to stains - $6,180.00 Total – $49,618.00

2. Final Clean up – P.J. Services – additional final cleaning work- $31,874.00

3. Additional project clean up, safety, labor costs etc. – 002-050 Total cost $481,459.00, Budget $56,784.00 difference $424,675.00 divided by 30% = $127,402.00

4. Extended General Conditions costs – Total GC's to date $2,409,218 – Budget - $$1,494,134.00 difference $914,084.00 x 40% = $366,033.00

5. Security – B&B Security – Additional building security 001-138 - $29,414.00 –
   ↳ missing louvers, bldg envelope mech. material

6. Time Technologies back charge – Provide remote scoreboard operator. The conduit to the score board was unusable. $1,250.00

7. Mahogany, Inc. – Overtime premium for the completion of millwork installation - $4,314.00
   band support room

8. C.R. Calderon – Back Charges associated with MEP drywall and ceiling repairs - $33,257.00

9. C.R. Calderon – Overtime premium to complete drywall, ceilings, doors, frames and hardware - $25,000.00

10. Sunbelt Rentals – Provide temporary dehumidification in BEQ and Band building – 3,213.00 Labor - $10,000.00 Total $13,213.00
    ↳ C-W labor

11. Virginia Industrial Cleaners and Equipment – Temporary Heat - Jetaway Model 2500 portable fan & furnace unit - $11,360.00, plus labor $20,000.00 = $31,360.00
    ↳ C-W ↑ labor

12. HCI – Additional scheduling costs 001-107 – Original contract $41,783.00 – accrual cost $63,538.00 - difference = $21,755.00.
    ↳ total overrun
    re-sequencing due to ductwork & FCU's

13. Long Fence – Parking Garage security fence – Trade off for the cost of Liquidated Damages - $ 36,645.00

14. Park Rug – Repair damage to gypcrete floors – Total cost $16,600 divided by 5 contractors = $3,320.00

15. Childs landscaping – Additional landscaping work – $26,617.00 - Trade off for the Liquated Damages

16. Davenport Insulation – Repair damaged fire proofing - $3,300.00
   • mech. rooms

LD's:

$15,000/day: