UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** <br> **f/u/b** <br> **UNITED SHEET METAL, INC.** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **COAKLEY & WILLIAMS** <br> **CONSTRUCTION, INC., et al.** <br><br> **Defendants.** | * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * | <br> <br> <br> <br> <br> **Case No. 1:05cv01199** <br> **JUDGE: Reggie B. Walton** |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING MOTION TO STAY**

Upon consideration of Defendants' Motion to Stay and Use Plaintiff, United Sheet Metal, Inc.'s Opposition thereto, it is

ORDERED that the Motion to Stay is denied.

Dated: _____       _____
JUDGE
United States District Court for the
District of Columbia

2

**Distribution to:**

Kenneth K. Sorteberg, Esquire
Roger C. Jones, Esquire
Nicole Lefcourt Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Owen J. Shean, Esquire
Wickwire Gavin, P.C.
8100 Boone Boulevard
Suite 700
Vienna, VA  22182