UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>for the use and benefit of<br>**UNITED SHEET METAL, INC.**<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**COAKLEY & WILLIAMS**<br>**CONSTRUCTION, INC., et al.**<br><br>　　　**Defendants.**<br>_____<br><br>**COAKLEY & WILLIAMS**<br>**CONSTRUCTION, INC.**<br><br>　　　**Third-Party Plaintiff,**<br><br>*v.*<br><br>**PBM LIMBACH GROUP—MECHANICAL,**<br>*(d/b/a* **LIMBACH COMPANY, LLC), et al.**<br><br>　　　**Third-Party Defendants.**<br>_____ | Case No.:　1:05CV01199<br>Judge:　Reggie B. Walton |

**CONSENT MOTION FOR EXTENSION OF TIME**
**FOR THIRD-PARTY DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

Third-Party Plaintiff Coakley & Williams Construction, Inc., Third-Party Defendants PBM Limbach Group—Mechanical (*d/b/a* Limbach Company, LLC) ("Limbach"), United States Fidelity and Guaranty Company ("USF&G"), and American Manufacturers Mutual Insurance Company ("AMMIC"), and Plaintiff United Sheet Metal ("USM") by their undersigned counsels hereby submit their Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings; and in support thereof state as follows:

1.  Third-Party Defendants USF&G and AMMIC were served with the Third-Party Complaint on or about February 6, 2006, a response to which would otherwise be due on or before February 27, 2006.

2.  Third-Party Defendant Limbach was served with the Third-Party Complaint on or about February 8, 2006, a response to which would otherwise be due on or before February 28, 2006.

3.  The parties desire additional time in which to attempt to resolve their disputes without the need for incurring additional legal fees in connection with responsive pleadings to the Third-Party Complaint.

4.  Accordingly, the parties have agreed to extend the time in which all Third-Party Defendants' responsive pleadings are due to March 30, 2006. A proposed order accompanies this motion.

5.  By consenting to an extension of time for filing their responses, the Third-Party Defendants do not waive any of their rights with regard to their responsive pleadings to the Third-Party Complaint.

Dated: February 23, 2006

Respectfully Submitted,

_____/s/_____
Robert F. Carney (D.C. No. 436999)
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202
Tel: (410) 347-8726
Fax: (410) 752-7092
Email: rcarney@wtplaw.com
**Counsel for PBM Limbach—Mechanical, USF&G, and AMMIC**

_____/s/_____
Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*


_____/s/_____
Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
   & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*