UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>for the use and benefit of<br>**UNITED SHEET METAL, INC.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**COAKLEY & WILLIAMS**<br>**CONSTRUCTION, INC., et al.**<br><br>    **Defendants.**<br>_____<br><br>**COAKLEY & WILLIAMS**<br>**CONSTRUCTION, INC.**<br><br>    **Third-Party Plaintiff,**<br><br>*v.*<br><br>**PBM LIMBACH GROUP—MECHANICAL,**<br>*(d/b/a* **LIMBACH COMPANY, LLC), et al.**<br><br>    **Third-Party Defendants.**<br>_____ | Case No.:  1:05CV01199<br>Judge:  Reggie B. Walton |

**[PROPOSED] ORDER GRANTING CONSENT MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Having considered the Consent Motion for Extension of Time to File Responsive Pleadings filed by the parties and for good cause shown, it is

**ORDERED** that the motion should be and is hereby granted; and it is further

**ORDERED** that the time for Third-Party Defendants PBM Limbach Group—Mechanical (*d/b/a* Limbach Company, LLC), United States Fidelity and Guaranty Company, and American Manufacturers Mutual Insurance Company to file responsive pleadings to the Third-Party Complaint in the above-captioned matter should be and is hereby extended to March 30, 2006; and it is

**FURTHER ORDERED** that the parties have not waived any rights with regard to their responsive pleadings to the Third-Party Complaint.

Dated: _____

                                                                             _____
                                                                             Judge
                                                                             United States District Court for the
                                                                             District of Columbia

**Copies to:**

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams &*
*American Home Assurance*

Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*

Robert F. Carney (D.C. No. 436999)
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202
Tel: (410) 347-8726
Fax: (410) 752-7092
Email: rcarney@wtplaw.com
*Counsel for PBM Limbach—Mechanical,*
*USF&G, and AMMIC*