IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of UNITED SHEET METAL, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS CONSTRUCTION, INC.<br><br>　　　Defendants/ Third-Party Plaintiff<br><br>v.<br><br>PBM LIMBACH GROUP-MECHANICAL, (d/b/a LIMBACH COMPANY LLC), et al.<br><br>　　　Third-Party Defendants | Civil Court Action No:　　1:05CV01199<br>Judge: Reggie B. Walton |

**CONSENT MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

Third-Party Plaintiff Coakley & Williams Construction, Inc. ("C&W"), Third Party Defendants PBM Limbach Group – Mechanical (d/b/a Limbach Company, LLC) ("Limbach"), United States Fidelity and Guarantee Company ("USF&G"), and American Manufacturers Mutual Insurance Company ("AMMIC") (collectively, the "Third-Party Defendants"), and Plaintiff United Sheet Metal ("USM"), by their undersigned counsels, hereby submit their Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings, and state as follows:

1. Third Party Defendants USF&G and AMMIC were served with the Third-Party Complaint on or about February 6, 2006. A response was due on or before February 27, 2006.

2. Third-Party Defendant Limbach was served with the Third-Party Complaint on or about February 8, 2006. A response was due on or before February 28, 2006.

3. On February 23, 2006, the Defendant/Third-Party Plaintiff, Third-Party Defendants and the Plaintiff submitted their first Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings. That Consent Motion extended the time for the Third-Party Defendants to file responsive pleadings until March 30, 2006.

4. This Court granted the Consent Motion on February 24, 2006.

5. In an attempt to settle their disputes, the Plaintiff, Defendant/Third-Party Plaintiff and Third-Party Defendants have scheduled a mediation to begin on Friday, April 7, 2006.

6. Accordingly, the parties have agreed to extend the time in which all Third-Party Defendants' responsive pleadings are due until after the mediation. The parties have agreed to extend the date until May 1, 2006.

7. By consenting to an extension of time for filing their responses, the Third-Party Defendants do not waive any of their rights with regard to their responsive pleadings to the Third- Party Complaint.

Dated:      March 28, 2006

Respectfully Submitted,

_____/s/_____
Robert F. Carney (D.C. Bar # 436999)
Cynthia E. Rodgers-Waire
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202
Tel: (410) 347-8726
Fax: (410) 752-7092
Email: rcarney@wtplaw.com
*Counsel for PBM Limbach—Mechanical, USF&G, and AMMIC*

_____/s/_____
Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams & American Home Assurance*

_____/s/_____
Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
  & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*

- 4 -

*1671287*