IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of UNITED SHEET METAL, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS CONSTRUCTION, INC.<br><br>　　Defendants/ Third-Party Plaintiff<br><br>v.<br><br>PBM LIMBACH GROUP-MECHANICAL, (d/b/a LIMBACH COMPANY LLC), et al.<br><br>　　Third-Party Defendants | Civil Court Action No:　1:05CV01199<br>Judge: Reggie B. Walton |

## ORDER

Pursuant to the Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings, it is this _____ day of

_____, by the United States District Court for the District of Columbia, hereby

　　ORDERED, that the Consent Motion is GRANTED; and

　　FURTHER ORDERED, that Third-Party Defendants PBM Limbach Group – Mechanical, United States Fidelity and Guaranty Company and American

Manufacturers Mutual Insurance Company have until May 1, 2006, to file responsive pleadings in this case; and it is

FURTHER ORDERED, that the parties have not waived any rights with regard to their responsive pleadings to the Third-Party Complaint.

_____
Judge, The United States District Court
for the District of Columbia

Copies to:

Robert F. Carney (D.C. Bar # 436999)
Cynthia E. Rodgers-Waire
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202
Tel: (410) 347-8726
*Counsel for PBM Limbach—Mechanical,
USF&G, and AMMIC*

Owen J. Shean (D.C. No. 412588)
Simon J. Santiago (D.C. No. 461742)
Matthew J. DeVries (D.C. No. 479880)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
*Counsel for Coakley & Williams &
American Home Assurance*

Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG

 & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
*Counsel for United Sheet Metal*

*1671293*