IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of UNITED SHEET METAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br>COAKLEY & WILLIAMS CONSTRUCTION, INC.<br><br>    Defendants/ Third-Party Plaintiff<br><br>v.<br><br>PBM LIMBACH GROUP-MECHANICAL, (d/b/a LIMBACH COMPANY LLC), et al.<br><br>    Third-Party Defendants | Civil Court Action No:   1:05CV01199<br>Judge: Reggie B. Walton |

**CONSENT MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

Third-Party Plaintiff Coakley & Williams Construction, Inc. ("C&W"), Third Party Defendants PBM Limbach Group – Mechanical (d/b/a Limbach Company, LLC) ("Limbach"), United States Fidelity and Guarantee Company ("USF&G"), and American Manufacturers Mutual Insurance Company ("AMMIC") (collectively, the "Third-Party Defendants"), and Plaintiff United Sheet Metal ("USM"), by their undersigned counsels, hereby submit their Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings, and state as follows:

1. Third Party Defendants USF&G and AMMIC were served with the Third-Party Complaint on or about February 6, 2006. A response was due on or before February 27, 2006.

2. Third-Party Defendant Limbach was served with the Third-Party Complaint on or about February 8, 2006. A response was due on or before February 28, 2006.

3. On February 23, 2006, the Defendant/Third-Party Plaintiff, Third-Party Defendants and the Plaintiff submitted their 1st Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings. That Consent Motion extended the time for the Third-Party Defendants to file responsive pleadings until March 30, 2006.

4. This Court granted the Consent Motion on February 24, 2006.

5. On March 28, 2006, the Defendant/Third-Party Plaintiff, Third-Party Defendants and the Plaintiff submitted their 2nd Consent Motion for Extension of Time for Third-Party Defendants to File Responsive Pleadings. That Consent Motion extended the time for the Third-Party Defendants to file responsive pleadings until May 1, 2006.

6. This Court granted the 2nd Consent Motion on April 3, 2006.

7. The parties participated in a mediation session with a neutral, third-party mediator on April 7, 2006.

8. At that mediation, the parties were able to successfully resolve some of their disputes, however, several remain unresolved.

9. The parties are actively pursuing mediation to resolve the remainder of their disputes.

10. The parties are hopeful that they will be successful in resolving the remainder of their disputes through mediation.

11. Accordingly, the parties have agreed to extend the time in which all Third-Party Defendants' responsive pleadings are due. The parties have agreed to extend the date for thirty days (30), until June 1, 2006.

12. By consenting to an extension of time for filing their responses, the Third-Party Defendants do not waive any of their rights with regard to their responsive pleadings to the Third- Party Complaint.

Dated:      April 26, 2006

>                       Respectfully Submitted,
>
>                       _____/s/_____
>                       Robert F. Carney (D.C. Bar # 436999)
>                       Cynthia E. Rodgers-Waire
>                       Whiteford, Taylor & Preston LLP
>                       7 St. Paul Street
>                       Baltimore, Maryland 21202
>                       Tel: (410) 347-8726
>                       Fax: (410) 752-7092
>                       Email: rcarney@wtplaw.com
>                       *Counsel for PBM Limbach—Mechanical,
>                       USF&G, and AMMIC*
>
>                       _____/s/_____
>                       Owen J. Shean (D.C. No. 412588)
>                       Simon J. Santiago (D.C. No. 461742)
>                       Matthew J. DeVries (D.C. No. 479880)

        WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: mdevries@wickwire.com
*Counsel for Coakley & Williams &
American Home Assurance*

_____/s/_____
Kenneth K. Sorteberg (Fed. # 11995)
John H. Michel (Fed. # 27201)
Roger C. Jones
Nicole Lefcourt Campbell
HUDDLES JONES SORTEBERG
  & DACHILLE, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Tel: (301) 621-4120
Fax: (301) 621-4473
Email: sorteberg@hjpc.com
*Counsel for United Sheet Metal*

*1675912*

- 4 -