UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES<br>f/u/b<br>UNITED SHEET METAL, INC. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01199<br>JUDGE: Reggie B. Walton |
| COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff, United States of America, for the use and benefit of United Sheet Metal, Inc., Defendants, Coakley & Williams Construction, Inc. and American Home Assurance Company, and Third-Party Defendants, PBM Limbach Group-Mechanical (d/b/a Limbach Company, LLC), United States Fidelity and Guaranty Company, and American Manufacturers Mutual Insurance Company, as evidenced by the signature of their counsel below, stipulate to: (1) the dismissal with prejudice of United Sheet Metal, Inc.'s claim against Defendants, Coakley & Williams Construction, Inc. and American Home Assurance Company; and (2) the dismissal with prejudice of Defendant, Coakley & Williams Construction, Inc.'s Third-Party claim against Third-Party Defendants, PBM Limbach Group-Mechanical (d/b/a Limbach Company, LLC), United States Fidelity and Guaranty Company, and American Manufacturers Mutual Insurance Company, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), as the parties have resolved the disputes at issue in this matter and consummated the settlement terms.  Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| May 31, 2006 | Respectfully submitted, |

| | |
|---|---|
| /s/ Roger C. Jones | /s/ Owen J. Shean |
| Kenneth K. Sorteberg (Fed. Bar # 11995) | Owen J. Shean, Esquire |
| Roger C. Jones | Wickwire Gavin, P.C. |
| Huddles Jones Sorteberg & Dachille, P.C. | 8100 Boone Boulevard |
| 10211 Wincopin Circle, Suite 200 | Suite 700 |
| Columbia, Maryland  21044 | Vienna, Virginia 22182 |
| (301) 621-4120 (Telephone) | (703) 790-8750 (Telephone) |
| (301) 621-4473 (Facsimile) | (703) 448-1767 (Facsimile) |
| | |
| Counsel for Plaintiff, | Counsel for Coakley & Williams |
| United Sheet Metal, Inc. | Construction, Inc. and American Home Assurance Company |

/s/ Robert F. Carney
Robert F. Carney
Cynthia E. Rodgers-Waire
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland  21202
(410) 347-8723 (Telephone)

Counsel for PBM Limbach Group-Mechanical, Limbach Company, LLC, United States Fidelity and Guaranty Company, and American Manufacturers Mutual Insurance Company

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of June, 2006, a copy of the foregoing Stipulation of Dismissal was mailed, postage prepaid, to:

     Owen J. Shean, Esquire
     Wickwire Gavin, P.C.
     8100 Boone Boulevard
     Suite 700
     Vienna, VA  22182
     (703) 790-8750 (Telephone)
     (703) 448-1767 (Facsimile

     Robert F. Carney
     D.C. Bar No. 436999
     Whiteford, Taylor & Preston, LLP
     7 St. Paul Street
     Baltimore, Maryland  21202
     410-347-8723

     /s/ Roger C. Jones
     Roger C. Jones